| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the:<br>**WESTERN DISTRICT OF TEXAS** |
| Case number (if known): _____ Chapter __7__ |

☐ Check if this is an amended filing

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**    **Genesis Networks Telecom Services, LLC**

2. **All other names debtor used in the last 8 years**    **aka Genesis-ATC**

   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    3 5 – 2 3 7 8 8 8 2

4. **Debtor's address**

   **Principal place of business**

   **1354 N. Loop 1604 E, Suite 103**
   Number    Street

   **San Antonio    TX    78232**
   City    State    ZIP Code

   **Bexar**
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City    State    ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 1

Debtor **Genesis Networks Telecom Services, LLC**     Case number (if known) _____

**7. Describe debtor's business**

*A. Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

*B. Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check all that apply:*
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Debtor **Genesis Networks Telecom Services, LLC** _____ Case number (if known) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No
   ☐ Yes. District _____ When _____ Case number _____
   MM / DD / YYYY
   District _____ When _____ Case number _____
   MM / DD / YYYY
   District _____ When _____ Case number _____
   MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☑ No
    ☐ Yes. Debtor _____ Relationship _____
    District _____ When _____
    MM / DD / YYYY
    Case number, if known _____

    Debtor _____ Relationship _____
    District _____ When _____
    MM / DD / YYYY
    Case number, if known _____

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 3

Debtor **Genesis Networks Telecom Services, LLC**     Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number    Street

_____
City     State     ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

### Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*
☐ Funds will be available for distribution to unsecured creditors.
☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☒ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☒ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor **Genesis Networks Telecom Services, LLC**     Case number (if known) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/19/2024**
MM / DD / YYYY

X **/s/ Tina Younts**
Signature of authorized representative of debtor
**Tina Younts**
Printed name
**Executive Assistant/SupplierDiversityM**
Title

**18. Signature of attorney**

X **/s/ Martin Seidler**     Date **02/19/2024**
Signature of attorney for debtor     MM / DD / YYYY

**Martin Seidler**
Printed name
**Law Offices of Martin Seidler**
Firm name
**11107 Wurzbach**
Number     Street
**Suite 504**

**San Antonio**     **TX**     **78230-2592**
City     State     ZIP Code

**(210) 694-0300**     **Marty@Seidlerlaw.com**
Contact phone     Email address

**18000800**     **TX**
Bar number     State

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

In re **Genesis Networks Telecom Services, LLC**

Case No. _____

Chapter **7** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---:|
   | For legal services, I have agreed to accept................................................... | **$7,800.00** |
   | Prior to the filing of this statement I have received......................................... | **$7,800.00** |
   | Balance Due...................................................................................................... | **$0.00** |

2. The source of the compensation paid to me was:

   ☐ Debtor     ☒ Other (specify)
   **Genesis Networks Enterprises**

3. The source of compensation to be paid to me is:

   ☐ Debtor     ☒ Other (specify)
   **Genesis Networks Enterprises**

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **02/19/2024** | **/s/ Martin Seidler** |
|---|---|
| *Date* | *Martin Seidler*     Bar No. 18000800 |
| | Law Offices of Martin Seidler |
| | 11107 Wurzbach |
| | Suite 504 |
| | San Antonio, TX 78230-2592 |
| | Phone: (210) 694-0300 / Fax: (210) 690-9886 |

---

**/s/ Tina Younts**

***Tina Younts***
***Executive Assistant/SupplierDiversityMgr***

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

IN RE: **Genesis Networks Telecom Services, LLC**　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER　7

## VERIFICATION OF CREDITOR MATRIX

　　The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  2/19/2024　　　　　　　　　　　Signature  /s/ Tina Younts
　　　　　　　　　　　　　　　　　　　　　　*Tina Younts*
　　　　　　　　　　　　　　　　　　　　　　*Executive Assistant/SupplierDiversityMgr*


Date _____　Signature _____

```
Arris Solutions, Inc.
c/o Amy Ruhland/DLA PIPER LLP
303 Colorado St. #3000
Austin, TX  78701


Arris Solutions, Inc.
3871 Lakefield Dr.#300
Suwanee, GA  30024



AT & TSvcs, Inc./Christin Jones
Kilpatrick,Twnsend &Stockton
2001 Ross Ave. #4400
Dallas, TX  7501


Carl Obermiller, Stinson
1201 Walnut Street, Suite 2900
Kansas City, MO 64106



Dist. Clerk #2021 CI 24147
101 W. Nueva #217
San Antonio, TX  78205



Dist. Clerk #DC 21-00837
600 Commerce St. #103
Dallas, TX 75202



Dist. Clrk. #3:32CV 02397 S
1100 Commerce St. #1452
Dallas, TX  75243



FedEX Supply Chain Logistics&Elec.
1612 HUTTON DR STE 120
Carrollton, TX 75006-6675



FedEX Supply Chain Logistics&Elec.
c/o THE CORP TRUST CO
1209 ORANGE ST.
WILMINGTON, DE. 19801
```

```
FedEX Supply ChainLogst&Elec.
c/o SKeenanCarter/Butler Snow
6075 Poplar Ave #500
Memphis, TN  38119


GNET ATC, LLC
c/o Theodore Geiger
85 Broad St. 18th Fl.
New York, N. Y. 10004


GNET ATC, LLC.
c/o Goodman Networks
6505 W. Park Blvd. #306
Plano, TX  75093


Goodman Networks, Inc.
2801 Networks Blvd. #300
Frisco, X  75034



Goodman Networks, Inc.
c/o David Parham
2001 Ross Ave. #3600
Dallas, TX  75201


Goodman Networks, LLC
c/o Scott Seidel, Trustee
6505 W. Park Blvd. #306
Plano, TX  75093


Matthias Kleinsasser
Winstead, PC
300 Throckmorton St. #1700
Ft. Worth, TX  76102


Network Investments, LLC
3820 N. Louise Ave.
P. O. Box 5114
Sioux Falls, SD  57117


Scott Seidel/Trustee Goodman Networks
c/o Davor Rukavina
500 N. Akard St. #3800
Dallas, TX  75201
```

```
Scott Seidel/Trustee Goodman Networks
6505 W. Park Blvd. #306
Plano, TX  75093


Scott Seidel/Trustee Goodman Networks
c/o Michael Quilling
2001 Bryan St. #1800
Dallas, TX  75201


U. S. Trustee
1100 Commerce St. Rm 976
Dallas, TX  75242


U. S. Trustee
615 E. Houston St., #533
San Antonio, Texas 78205


U.S. Bankrtcy Clerk #22-31641
1100 Commerce St. #1254
Dallas, TX  75242


U.S.Bankrtcy ClerkAdv.23-03035
1100 Commerce St. #1254
Dallas, TX  75242


Vedder Price/David Rownd
1633 Broadway 31st Floor
New York, N. Y.  10019


Wistrom Neweb Corporation
c/o Jacob Englander
747 3rd Ave. 16th Fl.
New York, NY  10017
```