UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: § | | CASE NO. 24-50224 |
| GENESIS NETWORKS TELECOM SERVICES, LLC § | | |
| DEBTORS(S), § | | CHAPTER 7 |

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**BEXAR COUNTY**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

### Certificate of Service

I do hereby certify that on 1st day of March, 2024, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

| | | |
|---|---|---|
| MARTIN W. SEIDLER<br>LAW OFFICE OF MARTIN SEIDLER<br>11107 WURZBACH RD. #504<br>SAN ANTONIO, TX 78230 | JOHNNY W. THOMAS<br>TRUSTEE<br>1153 E. COMMERCE, ST. PAUL SQUARE<br>SAN ANTONIO, TX 78205 | GENESIS NETWORKS TELECOM SERVICES, LLC<br>1354 N. LOOP 1604 E, SUITE 103<br>SAN ANTONIO, TX 78232 |

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
112 E. Pecan Street, Suite 2200
SAN ANTONIO, TX 78205
Telephone: (210) 225-6763
Facsimile: (210) 225-6410
Email: sanantonio.bankruptcy@lgbs.com

By: /s/ Don Stecker
_____
Don Stecker
SBN: 19095300 TX

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP

ATTORNEYS AT LAW

112 E. Pecan Street, Suite 2200

SAN ANTONIO, TX 78205

Telephone: (210) 225-6763

Facsimile: (210) 225-6410

sanantonio.bankruptcy@lgbs.com

March 01, 2024

MARTIN W. SEIDLER
LAW OFFICE OF MARTIN SEIDLER
11107 WURZBACH RD. #504
SAN ANTONIO, TX 78230

**RE: 24-50224**
**DEBTOR(S):    GENESIS NETWORKS TELECOM SERVICES, LLC**

Enclosed please find a copy of the Notice of Appearance which has been filed in the above referenced case.

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP

ATTORNEYS AT LAW

112 E. Pecan Street, Suite 2200
SAN ANTONIO, TX 78205

Telephone: (210) 225-6763
Facsimile: (210) 225-6410
sanantonio.bankruptcy@lgbs.com

March 01, 2024

JOHNNY W. THOMAS
TRUSTEE
1153 E. COMMERCE, ST. PAUL SQUARE
SAN ANTONIO, TX 78205


**RE: 24-50224**
**DEBTOR(S): GENESIS NETWORKS TELECOM SERVICES, LLC**


    Enclosed please find a copy of the Notice of Appearance which has been filed in the above referenced case.

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP

ATTORNEYS AT LAW

112 E. Pecan Street, Suite 2200
SAN ANTONIO, TX 78205

Telephone: (210) 225-6763

Facsimile: (210) 225-6410

sanantonio.bankruptcy@lgbs.com

March 01, 2024

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N. LOOP 1604 E, SUITE 103
SAN ANTONIO, TX 78232

**RE: 24-50224**
**DEBTOR(S): GENESIS NETWORKS TELECOM SERVICES, LLC**

Enclosed please find a copy of the Notice of Appearance which has been filed in the above referenced case.