UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-50224-mmp |
| GENESIS NETWORKS TELECOM SERVICES, LLC, | § § § | |
| | § | |
| DEBTOR | § | CHAPTER 7 |

### DEBTOR'S MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

**AN ORDER WILL BE ENTERED GRANTING THE RELIEF REQUESTED HEREIN WITHOUT FURTHER HEARING UNLESS A WRITTEN OBJECTION AND REQUEST FOR HEARING IS FILED WITH THE CLERK WITHIN TWENTY-ONE (21) DAYS OF THE DATE OF ISSUANCE OF THIS NOTICE. ANY SUCH OBJECTION MUST ALSO BE SERVED UPON THE MOVING PARTY AND UPON ALL OTHER PERSONS INDICATED ON THE CERTIFICATE OF SERVICE ATTACHED TO THIS PLEADING.**

**TO THE HONORABLE MICHAEL M. PARKER, U.S. BANKRUPTCY JUDGE:**

Genesis Networks Telecom Services, LLC, Debtor, respectfully represents:

1. The Debtor filed an emergency petition for relief under Chapter 7 of the Bankruptcy Code on February 19, 2024, without the full set of schedules and statement of financial affairs. The case was filed on an expedited basis due to numerous pending lawsuits.

2. Pursuant to Rule 1007(a) and (c) of the Bankruptcy Rules of Procedure, the debtor's schedules are due to be filed within fourteen days after the filing date which in this case is March 4, 2024.

3. The Debtor's agent is in the process of meeting with counsel to prepare the Debtor's schedules and statement of financial affairs.

4. Due to the lack of time to fully prepare this case for filing prepetition, the schedules and statement of financial affairs were not filed with the petition. Due to

time constraints of counsel and the Debtor's agent, they have not had sufficient time to meet and to complete the required documents and materials described above. The Debtor and counsel need through March 15, 2024 to accomplish the required document preparation and filing.

5. Counsel has not completed the analysis of the Debtor's financial records to document the Debtor's assets and transfers, if any, to creditors which should be included in the statement of financial affairs.

6. The Debtor requests an enlargement of time in which to complete its schedules and statement of financial affairs, pursuant to Rule 1007 of the Bankruptcy Rules of Procedure through March 15, 2024.

7. A §341 meeting has been scheduled in this case for March 19, 2024.

8. The enlargement of time requested is in the best interest of the Debtor's estate and of its creditors.

WHEREFORE, PREMISES CONSIDERED, the Debtor prays as aforesaid.

Dated: March 4, 2024.

Respectfully submitted,

LAW OFFICES OF MARTIN SEIDLER
One Elm Place, Suite E-504
11107 Wurzbach Road
San Antonio, Texas 78230
(210) 694-0300
(210) 690-9886 Telecopier
Email: marty@seidlerlaw.com

By: _____/s/ Martin Seidler_____
Martin Seidler, #18000800
ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing was served on all parties authorized to receive notice through the ECF notice system and/or on the attached matrix for this case on this 4th day of March, 2024.

                                            /s/ *Martin Seidler*
                                            Martin Seidler

```
Label Matrix for local noticing         Genesis Networks Telecom Services, LLC   U.S. BANKRUPTCY COURT
0542-5                                   1354 N. Loop 1604 E, Suite 103           615 E. HOUSTON STREET, ROOM 597
Case 24-50224-mmp                        San Antonio, TX 78232-1342               SAN ANTONIO, TX 78205-2055
Western District of Texas
San Antonio
Mon Mar  4 16:36:47 CST 2024

AT & TSvcs, Inc./Christin Jones          Arris Solutions, Inc.                   Arris Solutions, Inc.
Kilpatrick,Twnsend &Stockton             3871 Lakefield Dr.#300                  c/o Amy Ruhland/DLA PIPER LLP
2001 Ross Ave. #4400                     Suwanee, GA 30024-1292                  303 Colorado St. #3000
Dallas, TX 75201-2924                                                             Austin, TX 78701-4654


(p)LINEBARGER GOGGAN BLAIR & SAMPSON  LLP  Carl Obermiller, Stinson               Dist. Clerk #2021 CI 24147
ATTN DON STECKER                          1201 Walnut Street, Suite 2900          101 W. Nueva #217
112 E PECAN                               Kansas City, MO 64106-2178              San Antonio, TX 78205-3411
SUITE 2200
SAN ANTONIO TX 78205-1588

Dist. Clerk #DC 21-00837                 Dist. Clrk. #3:32CV 02397 S             FedEX Supply Chain Logistics&Elec.
600 Commerce St. #103                    1100 Commerce St. #1452                 1612 HUTTON DR STE 120
Dallas, TX 75202-6604                    Dallas, TX 75242-1310                   Carrollton, TX 75006-6675


FedEX Supply Chain Logistics&Elec.       FedEX Supply ChainLogst&Elec.            GNET ATC, LLC
c/o THE CORP TRUST CO                    c/o SKeenanCarter/Butler Snow            c/o Theodore Geiger
1209 ORANGE ST.                          6075 Poplar Ave #500                    85 Broad St. 18th Fl.
WILMINGTON, DE. 19801-1120               Memphis, TN 38119-0102                  New York, N. Y. 10004-2783


GNET ATC, LLC.                           Goodman Networks, Inc.                   Goodman Networks, Inc.
c/o Goodman Networks                     2801 Networks Blvd. #300                c/o David Parham
6505 W. Park Blvd. #306                  Frisco, X 75034-1881                    2001 Ross Ave. #3600
Plano, TX 75093-6212                                                              Dallas, TX 75201-2938


Goodman Networks, LLC                    Matthias Kleinsasser                     Network Investments, LLC
c/o Scott Seidel, Trustee                Winstead, PC                             3820 N. Louise Ave.
6505 W. Park Blvd. #306                  300 Throckmorton St. #1700               P. O. Box 5114
Plano, TX 75093-6212                     Ft. Worth, TX 76102-2928                 Sioux Falls, SD 57117-5114


Scott M. Seidel                          Scott Seidel/Trustee Goodman Networks    Scott Seidel/Trustee Goodman Networks
c/o Thomas Berghman                      6505 W. Park Blvd. #306                  c/o Davor Rukavina
Munsch Hardt Kopf & Harr, PC             Plano, TX 75093-6212                     500 N. Akard St. #3800
500 N Akard St Ste 4000                                                           Dallas, TX 75201-6659
Dallas TX 75201-6605

Scott Seidel/Trustee Goodman Networks    U. S. Trustee                            U. S. Trustee
c/o Michael Quilling                     1100 Commerce St. Rm 976                 615 E. Houston St., #533
2001 Bryan St. #1800                     Dallas, TX 75242-0996                    San Antonio, Texas 78205-2055
Dallas, TX 75201-3070


U.S. Bankrtcy Clerk #22-31641            U.S.Bankrtcy ClerkAdv.23-03035           United States Trustee - SA12
1100 Commerce St. #1254                  1100 Commerce St. #1254                  US Trustee's Office
Dallas, TX 75242-1305                    Dallas, TX 75242-1305                    615 E Houston, Suite 533
                                                                                  San Antonio, TX 78205-2055
```

```
Vedder Price/David Rownd              Wistrom Neweb Corporation         Johnny W Thomas Jr
1633 Broadway 31st Floor              c/o Jacob Englander                johnnywthomas.trusteblogs.com
New York, N. Y. 10019-6764            747 3rd Ave. 16th Fl.              St Paul Square
                                      New York, NY 10017-2856            1153 E Commerce
                                                                         San Antonio, TX 78205-3305

Martin Seidler
Law Offices of Martin Seidler
11107 Wurzbach, Suite 504
One Elm Place
San Antonio, TX 78230
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bexar County                          End of Label Matrix
c/o Don Stecker                       Mailable recipients    33
112 E. Pecan Street, Suite 2200       Bypassed recipients     0
San Antonio, TX  78205                Total                  33
```