

IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.

Dated: March 05, 2024.

_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-50224 |
| **GENESIS NETWORKS TELECOM** | § | |
| **SERVICES, LLC** | § | |
| | § | |
| **DEBTOR** | § | CHAPTER 7 |

**ORDER GRANTING DEBTOR'S MOTION FOR**
**ENLARGEMENT OF TIME IN WHICH TO FILE SCHEDULES**
**AND <u>STATEMENT OF FINANCIAL AFFAIRS</u>**

Pending before the Court is the Debtor's Motion for Enlargement of Time in which to File Schedules and Statement of Financial Affairs. It is accordingly,

ORDERED that the Debtor's Motion for Enlargement of Time in which to File Schedules and Statement of Financial Affairs shall be and the same is hereby granted. The time by which the Debtor shall be required to file its schedules and statement of financial affairs is hereby enlarged through March 15, 2024.

# # #

SUBMITTED BY:

Martin Seidler
11107 Wurzbach Rd. #504
San Antonio, Texas 78230
Email: marty@seidlerlaw.com

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 24-50224-mmp |
| Genesis Networks Telecom Services, LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-5 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 05, 2024 | Form ID: pdfintp | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Genesis Networks Telecom Services, LLC, 1354 N. Loop 1604 E, Suite 103, San Antonio, TX 78232-1342 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: sanantonio.bankruptcy@publicans.com | Mar 05 2024 22:47:00 | Bexar County, Linebarger Goggan Blair & Sampson, c/o Don Stecker, 112 E Pecan St #2200, San Antonio, TX 78205 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Don Stecker | on behalf of Creditor Bexar County don.stecker@lgbs.com |
| Johnny W Thomas, Jr | jtlo0815@gmail.com pjanetmorris@gmail.com;jt@trustesolutions.net |
| Martin Seidler | on behalf of Debtor Genesis Networks Telecom Services  LLC marty@seidlerlaw.com, ecf@seidlerlaw.com;LAWOFFICESOFMARTINSEIDLER@jubileebk.net |

| | | |
|---|---|---|
| District/off: 0542-5 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 05, 2024 | Form ID: pdfintp | Total Noticed: 2 |

Thomas D. Berghman
    on behalf of Interested Party Scott M Seidel tberghman@munsch.com amays@munsch.com,CourtMail@munsch.com

United States Trustee - SA12
    USTPRegion07.SN.ECF@usdoj.gov

TOTAL: 5