## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-50224-MMP |
| | § | |
| GENESIS NETWORKS TELECOM SERVICES, LLC, | § | |
| | § | |
| DEBTOR. | § | CHAPTER 7 |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that Randall A. Pulman, and the firm of Pulman, Cappuccio & Pullen, LLP, counsel for **James Goodman**, party-in-interest, hereby requests, pursuant to Fed. R. Bankr. P. 2002, 9010, BLR 2001, 11 U.S.C. § 1101, *et seq.*, and all other applicable bankruptcy statutes and rules, that any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, disclosure statement(s) and plan(s) of reorganization, or other documents filed or entered in this case, be transmitted to:

**Randall A. Pulman**
PULMAN, CAPPUCCIO & PULLEN, LLP
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
(210) 222-9494 Telephone / (210) 892-1610 Facsimile
rpulman@pulmanlaw.com

Please take further notice that the foregoing request includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, including disclosure statements or plans, whether formal or information, written or oral, and by whatever method transmitted or conveyed or otherwise filed or made with regard to the above-captioned bankruptcy case and any and all proceedings therein.

This Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of the rights of James Goodman (i) to have final orders in non-core matters entered only after de novo review by a District Court Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (iv) to any other rights, claims, actions, setoffs, or recoupments to which James Goodman is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated March 13, 2024

    Respectfully submitted,
**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas  78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

By: */s/ Randall A. Pulman*
    Randall A. Pulman
    Texas State Bar No. 16393250
    rpulman@pulmanlaw.com

**ATTORNEYS FOR JAMES GOODMAN**

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 13, 2024, a true and correct copy of the foregoing will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case as listed below:

***Via CM/ECF: marty@seidlerlaw.com***
Martin Seidler
Law Offices of Martin Seidler
11107 Wurzbach, Suite 504
San Antonio, TX 78230
***Counsel for Debtor***

***Via CM/ECF: jtlo0815@gmail.com***
Johnny W Thomas, Jr
***Chapter 7 Trustee***
1153 E Commerce
San Antonio, TX 78205

***Via CM/ECF: USTPRegion07.SN.ECF@usdoj.gov***
United States Trustee - SA12
US Trustee's Office
615 E Houston, Suite 533
San Antonio, TX 78205

***Via CM/ECF: don.stecker@lgbs.com***
Don Stecker
Linebarger Goggan et al.
112 E Pecan St, Suite 2200
San Antonio, TX 78205

***Via CM/ECF tberghman@munsch.com***
Thomas D. Berghman
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard St. Ste. 3800
Dallas, TX 75201

                                                                 */s/ Randall A. Pulman*
                                                                 Randall A. Pulman

4858-8189-2781, v. 1