**Fill in this information to identify the case:**

Debtor Name  **Genesis Networks Telecom Services, LLC**

United States Bankruptcy Court for the:  **WESTERN DISTRICT OF TEXAS**

Case number (if known):  **24-50224**

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:  Summary of Assets

1.  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a.  **Real property:**
   Copy line 88 from Schedule A/B................................................................................. | $1.00

   1b.  **Total personal property:**
   Copy line 91A from Schedule A/B............................................................................. | $244,302.12

   1c.  **Total of all property**
   Copy line 92 from Schedule A/B................................................................................. | $244,303.12

## Part 2:  Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................................... | $0.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a.  **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F............................................................ | $0.00

   3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................................ | + $105,018,748.41

4.  **Total liabilities**
   Lines 2 + 3a + 3b................................................................................................. | $105,018,748.41

**Fill in this information to identify the case**

| | |
|---|---|
| Debtor name | **Genesis Networks Telecom Services, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | **24-50224** |

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes.  Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

2.  **Cash on hand** _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | | | | Current value |
|---|---|---|---|---|---|---|
| 3.1. **Checking account  Texas Partners Bank (Trust account with Arris & Genesis)** | **Checking account** | 9 | 9 | 9 | 3 | $228,987.38 |
| 3.2. **Merchant account Paypal** | **Checking account** | J | L | S | S | $0.00 |

4.  **Other cash equivalents**    *(Identify all)*

Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$228,987.38

## Part 2:  Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☒ Yes.  Fill in the information below.

Debtor  **Genesis Networks Telecom Services, LLC**
Name

Case number (if known)  **24-50224**

**7.  Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

Current value of debtor's interest

7.1.  **Security Deposit with Trailcrest Office, LLC** _____  $15,314.74

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.  Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.

$15,314.74

## Part 3:  Accounts receivable

**10.  Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes.  Fill in the information below.

Current value of debtor's interest

**11.  Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | $0.00 | – | $0.00 | = ............. ➔ | $0.00 |
| 11b. Over 90 days old: | $31,129.00 | – | $31,129.00 | = ............. ➔ | $0.00 |

**12.  Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$0.00

## Part 4:  Investments

**13.  Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

Valuation method used for current value

Current value of debtor's interest

**14.  Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:  % of ownership:

**16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17.  Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.

$0.00

## Part 5:  Inventory, excluding agriculture assets

**18.  Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes.  Fill in the information below.

| Debtor | **Genesis Networks Telecom Services, LLC** | | Case number (if known) | **24-50224** |
|---|---|---|---|---|
| | Name | | | |

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19. Raw materials**

**20. Work in progress**

**21. Finished goods, including goods held for resale**

**22. Other inventory or supplies**

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**28. Crops--either planted or harvested**

**29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish

**30. Farm machinery and equipment** (Other than titled motor vehicles)

**31. Farm and fishing supplies, chemicals, and feed**

**32. Other farming and fishing-related property not already listed in Part 6**

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
  ☐ No
  ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor  **Genesis Networks Telecom Services, LLC**
    Name
Case number (if known)  **24-50224**

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39.  Office furniture**

**40.  Office fixtures**

**41.  Office equipment, including all computer equipment and communication systems equipment and software**

**42.  Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.  Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| $0.00 |
|---|

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 8:  Machinery, equipment, and vehicles

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**48.  Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.  Aircraft and accessories**

**50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51.  Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| $0.00 |
|---|

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor  **Genesis Networks Telecom Services, LLC**      Case number (if known)  **24-50224**
      Name

## Part 9:  Real property

**54.  Does the debtor own or lease any real property?**

☐  No.  Go to Part 10.
☑  Yes.  Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **lease 1354 N. Loop 1604 E, San Antonio, TX** **lease 1354 N. Loop 1604 E, San Antonio, TX** | **Leasehold** | | | **$1.00** |

**56.  Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

                                                                       **$1.00**

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**
☑  No
☐  Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑  No
☐  Yes

## Part 10:  Intangibles and Intellectual Property

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☑  No.  Go to Part 11.
☐  Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.  Internet domain names and websites** | | | |
| **62.  Licenses, franchises, and royalties** | | | |
| **63.  Customer lists, mailing lists, or other compilations** | | | |
| **64.  Other intangibles, or intellectual property** | | | |
| **65.  Goodwill** | | | |

**66.  Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.

                                                                       **$0.00**

**67.  Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☐  No
☐  Yes

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐  No
☐  Yes

Official Form 206A/B      **Schedule A/B: Assets -- Real and Personal Property**      page 5

Debtor  **Genesis Networks Telecom Services, LLC**                   Case number (if known)  **24-50224**
Name

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☑ No.  Go to Part 12.
    ☐ Yes.  Fill in the information below.

                                                                                  Current value of
                                                                                  debtor's interest

71. **Notes receivable**

    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature,**
    **including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                                    | $0.00 |
    Add lines 71 through 77.  Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

Debtor  **Genesis Networks Telecom Services, LLC**                Case number (if known)  __24-50224__
_____
Name

---

**Part 12:  Summary**

---

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$228,987.38** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$15,314.74** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9* ...........................................➔ | | **$1.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+ $0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | **$244,302.12** | + 91b. **$1.00** |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92 ....................................................................     **$244,303.12**

**Fill in this information to identify the case:**

Debtor  **Genesis Networks Telecom Services, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number  **24-50224**
(if known)

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.
☐ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
     If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1**   **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | _____ | _____ |
| _____ | ☐ Contingent | | |
| _____ | ☐ Unliquidated | | |
| _____ | ☐ Disputed | | |
| _____ | **Basis for the claim:** | | |
| | _____ | | |
| **Date or dates debt was incurred** | | | |
| _____ | **Is the claim subject to offset?** | | |
| **Last 4 digits of account number**  ___ ___ ___ ___ | ☐ No | | |
| | ☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(_____) | | | |

| Debtor | **Genesis Networks Telecom Services, LLC** | Case number (if known) | **24-50224** |
|---|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Unknown** |
|---|---|---|---|

**Arris Solutions, Inc.**

**c/o Amy Ruhland/DLA PIPER LLP**

**303 Colorado St. #3000**

Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Austin**                    **TX      78701**

**Basis for the claim:**
**Disputed business debt**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Unknown** |
|---|---|---|---|

**Arris Solutions, Inc.**

**3871 Lakefield Dr.#300**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Suwanee**                    **GA      30024**

**Basis for the claim:**
**Disputed business debt**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$12,000,000.00** |
|---|---|---|---|

**AT & TSvcs, Inc./Christin Jones**

**Kilpatrick,Twnsend &Stockton**

**2001 Ross Ave. #4400**

**Dallas, TX  7501**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**
**Arbitration Award**

Date or dates debt was incurred    **2020**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$62,034.44** |
|---|---|---|---|

**Carl Obermiller, Stinson**

**1201 Walnut Street, Suite 2900**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Kansas City**                **MO      64106**

**Basis for the claim:**
**Business debt**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | **Genesis Networks Telecom Services, LLC** | Case number (if known) | **24-50224** |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.5** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

Dist. Clerk #2021 CI 24147

101 W. Nueva #217

☐ Contingent
☐ Unliquidated
☑ Disputed

| San Antonio | TX | 78205 |
|---|---|---|

Basis for the claim:
**Notice only**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| **3.6** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

**$80,000,000.00**

FedEX Supply Chain Logistics&Elec.

1612 HUTTON DR STE 120

☑ Contingent
☑ Unliquidated
☑ Disputed

| Carrollton | TX | 75006-6675 |
|---|---|---|

Basis for the claim:
**disputed claim**

Date or dates debt was incurred   **2021**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| **3.7** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

**$0.00**

Vedder Price/David Rownd

1633 Broadway 31st Floor

New York, N. Y.  10019

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**attorney fees**

Date or dates debt was incurred   **various**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| **3.8** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

**$12,956,713.97**

Wistron Neweb Corporation

c/o Jacob Englander

747 3rd Ave. 16th Fl.

☐ Contingent
☐ Unliquidated
☐ Disputed

| New York | NY | 10017 |
|---|---|---|

Basis for the claim:
**Judgment**

Date or dates debt was incurred   **9/23**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

22 CIVIL 2538 Dist Ct. SDNY

Debtor   **Genesis Networks Telecom Services, LLC**                          Case number (if known) __24-50224__

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.1**   **Aldo Rivera**
**c/o Ramin Younessi**
**3435 Wilshire Blvd. #220**

**Lost Angeles          CA     90010**

Line _____

☑ Not listed.  Explain:
   **Disputed business debt**

__ __ __ __

**4.2**   **Dist. Clerk #2024 CI 03321**
**101 W. Nueva #217**

**San Antonio          TX     78205**

Line _____

☑ Not listed.  Explain:
   **Notice only**

__ __ __ __

**4.3**   **Dist. Clerk #DC 21-00837**
**600 Commerce St. #103**

**Dallas          TX     75202**

Line _____

☑ Not listed.  Explain:
   **Notice Only**

__ __ __ __

**4.4**   **Dist. Clrk. #3:32CV 02397 S**
**1100 Commerce St. #1452**

**Dallas          TX     75243**

Line _____

☑ Not listed.  Explain:
   **Notice only**

__ __ __ __

**4.5**   **FedEX Supply Chain Logistics&Elec.**
**c/o THE CORP TRUST CO**
**1209 ORANGE ST.**

**WILMINGTON          DE     19801**

Line _____

☑ Not listed.  Explain:
   **disputed claim**

__ __ __ __

**4.6**   **FedEX Supply ChainLogst&Elec.**
**c/o SKeenanCarter/Butler Snow**
**6075 Poplar Ave #500**

**Memphis          TN     38119**

Line _____

☑ Not listed.  Explain:
   **disputed claim**

__ __ __ __

Debtor  **Genesis Networks Telecom Services, LLC**          Case number (if known) **24-50224**

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **GNET ATC, LLC** <br> **c/o Theodore Geiger** <br> **85 Broad St. 18th Fl.** <br> **New York, N. Y. 10004** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.8 | **Goodman Networks, Inc.** <br> **c/o David Parham** <br> **2001 Ross Ave. #3600** <br> **Dallas          TX     75201** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.9 | **Goodman Networks, Inc.** <br> **2801 Networks Blvd. #300** <br> **Frisco, X  75034** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.10 | **Goodman Networks, LLC** <br> **c/o Scott Seidel, Trustee** <br> **6505 W. Park Blvd. #306** <br> **Plano          TX     75093** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.11 | **Insight Global, LLC** <br> **1224 Hammond Drive. #1500** <br> **Dunwoody          GA     30346** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.12 | **Matthias Kleinsasser** <br> **Winstead, PC** <br> **300 Throckmorton St. #1700** <br> **Ft. Worth          TX     76102** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.13 | **Network Investments, LLC** <br> **3820 N. Louise Ave.** <br> **P. O. Box 5114** <br> **Sioux Falls          SD     57117** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |

Debtor  **Genesis Networks Telecom Services, LLC**                          Case number (if known)  **24-50224**

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| **4.14** | **Scott Seidel/Trustee Goodman Networks** **c/o Michael Quilling** **2001 Bryan St. #1800** **Dallas          TX     75201** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| **4.15** | **Scott Seidel/Trustee Goodman Networks** **6505 W. Park Blvd. #306** **Plano          TX     75093** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| **4.16** | **Scott Seidel/Trustee Goodman Networks** **c/o Davor Rukavina** **500 N. Akard St. #3800** **Dallas          TX     75201** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| **4.17** | **Sup. Ct. Clrk. 24STLC01622** **312 N. Spring St.** **Los Angeles          CA     90012** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| **4.18** | **U. S. Trustee** **1100 Commerce St. Rm 976** **Dallas          TX     75242** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| **4.19** | **U.S. Bankrtcy Clerk #22-31641** **1100 Commerce St. #1254** **Dallas          TX     75242** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| **4.20** | **U.S.Bankrtcy ClerkAdv.23-03035** **1100 Commerce St. #1254** **Dallas          TX     75242** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |

Debtor    **Genesis Networks Telecom Services, LLC**              Case number (if known)  **24-50224**

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| **4.21** | **Wistron Neweb Corporation** | Line _____ | __ __ __ __ |
| | **20 Park Avenue II,Hsinchu Science PK** | ☑ Not listed.  Explain: | |
| | **Hsinchu 308, Taiwan** | **Judgment** | |
| | | | |
| | | | |
| **4.22** | **Wistron Neweb Corporation** | Line _____ | __ __ __ __ |
| | **c/o Steve A. Chiscano** | ☑ Not listed.  Explain: | |
| | **9601 McAllister Freeway #401** | **Judgment** | |
| | | | |
| | **San Antonio            TX      78216** | | |

Debtor __**Genesis Networks Telecom Services, LLC**__     Case number (if known) __**24-50224**__

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $0.00 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $105,018,748.41 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $105,018,748.41 |

**Fill in this information to identify the case:**

Debtor name  **Genesis Networks Telecom Services, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number  **24-50224**
(if known)

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**

☑ No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

☐ Yes.  Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.  **List in alphabetical order all creditors who have secured claims.**  If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1**

**Creditor's name**

**Describe debtor's property that is subject to a lien**

**Creditor's mailing address**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☐ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes.  Specify each creditor, including this creditor, and its relative priority.

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

**$0.00**

**Fill in this information to identify the case:**

Debtor name  **Genesis Networks Telecom Services, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number  **24-50224**                    Chapter  **7**
(if known)

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries
consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

☐  No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☑  Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property*
(Official Form 206A/B).

2.  **List all contracts and unexpired leases**

State the name and mailing address for all other
parties with whom the debtor has an executory
contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | lease of 1354 N. Loop 1604 E. Suite 103, San Antonio, TX  78232 (along with funishings) Lease if $11568 plus CAM through 12/31/25 Contract to be REJECTED | **Trail Crest Office, LLC** |
|---|---|---|---|
| | | | **3834 Spicewood Springs Rd.#202** |
| | State the term remaining | 22 payment(s) | |
| | List the contract number of any government contract | | **Austin**          **TX**        **78759** |

**Fill in this information to identify the case:**

Debtor name **Genesis Networks Telecom Services, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **24-50224**
(if known)

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.1 GNET ATC, LLC.** | **c/o Goodman Networks**<br>Number    Street<br>**6505 W. Park Blvd. #306**<br>**Plano**          **TX**  **75093**<br>City                    State  ZIP Code | **Wistron Neweb Corporation** | ☐ D<br>☑ E/F<br>☐ G |

| Fill in this information to identify the case: |
| --- |

Debtor name  **Genesis Networks Telecom Services, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number  **24-50224**
(if known)

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

**1.    Gross revenue from business**

☐ None

Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year

Sources of revenue
Check all that apply.

Gross revenue
(before deductions and exclusions

| | | | | Sources of revenue | Gross revenue |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From | **01/01/2024** MM / DD / YYYY | to  Filing date | ☑ Operating a business<br>☐ Other _____ | **$0.00** |
| **For prior year:** | From | **01/01/2023** MM / DD / YYYY | to  **12/31/2023** MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$0.00** |
| **For the year before that:** | From | **01/01/2022** MM / DD / YYYY | to  **12/31/2022** MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$11,970,365.09** |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable.  *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties.  List each source and the gross revenue for each separately.  Do not include revenue listed in line 1.

☐ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From | **01/01/2024** MM / DD / YYYY | to  Filing date | _____ | **$0.00** |
| **For prior year:** | From | **01/01/2023** MM / DD / YYYY | to  **12/31/2023** MM / DD / YYYY | _____ | **$0.00** |
| **For the year before that:** | From | **01/01/2022** MM / DD / YYYY | to  **12/31/2022** MM / DD / YYYY | **APA  (plus debt assumption)** | **$3,000,000.00** |

Debtor   **Genesis Networks Telecom Services, LLC**          Case number (if known)  **24-50224**
_____
Name

<span style="background:black;color:white">**Part 2:**</span>   **List Certain Transfers Made Before Filing for Bankruptcy**

**3.**   **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575.  (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

**4.**   **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575.  (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **See reply to question 13 below** | | | **see reply to question 13 below to the extent applicable, if any.** |
| Insider's name | | | |
| Street | | | |
| City          State   ZIP Code | | | |

**Relationship to debtor**
_____

**5.**   **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.**   **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Texas Partners Bank** | **setoff against $228,987.38 deposit** | **2023/2024** | **$228,987.38** |
| Creditor's name | | | |
| Street | | | |
| **San Antonio**       **TX** | Last 4 digits of account number: XXXX-  **9**   **9**   **9**   **3** | | |
| City          State   ZIP Code | | | |

Debtor  **Genesis Networks Telecom Services, LLC**
_____  Case number (if known)  **24-50224**
Name

| Part 3: | Legal Actions or Assignments |

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

**7.1.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **At&T Servics, Inc. v. Genesis Networks Telecom Services, LLC** | **Suit to enforce arbitration award** | **193rd Judicial District Court**<br>Name | ☒ Pending |
| | | **600 Commerce St.**<br>Street | ☐ On appeal |
| Case number<br>**DC21-00837** | | | ☐ Concluded |
| | | **Dallas          TX    75202**<br>City          State  ZIP Code | |

**7.2.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **Wistron Neweb Corp. V. Genesis Networks Telecom Services, LLCand GNET ATC, LLC** | **Breach of contract** | **US Dist. Ct.  S. D. N. Y.**<br>Name | ☐ Pending |
| | | Street | ☐ On appeal |
| Case number<br>**22CV 2538** | | | ☒ Concluded |
| | | **New York          NY**<br>City          State  ZIP Code | |

**7.3.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **Arris Solutions, Inv. V. Goodman Networks, et. al** | **breach of contract/fraud** | **166th Dist Ct.**<br>Name | ☒ Pending |
| | | **101 E. Nueva**<br>Street | ☐ On appeal |
| Case number<br>**2021 CI 24147** | | | ☐ Concluded |
| | | **San Antonio      TX    78205**<br>City          State  ZIP Code | |

**7.4.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **Arris Solutions, Inc. v. Goodman Networks, et. al.** | **removed state court action** | **U. S. Bankruptcy Ct. WD Tex**<br>Name | ☒ Pending |
| | | **615 East Houston St.  #597**<br>Street | ☐ On appeal |
| Case number<br>**23-05033** | | | ☐ Concluded |
| | | **San Antonio      TX    78205**<br>City          State  ZIP Code | |

**7.5.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **Arris Solutions, Inc. v. Goodman Networks, et. al.** | **transferred case from W.D. Tex. adv. (abated until status conference 3/19/24)** | **U. S. Bankruptcy Ct.  N. Dist. Tx**<br>Name | ☒ Pending |
| | | Street | ☐ On appeal |
| Case number<br>**23-03035 mvl** | | | ☐ Concluded |
| | | **Dallas          TX**<br>City          State  ZIP Code | |

| Debtor | **Genesis Networks Telecom Services, LLC** | Case number (if known) | **24-50224** |
|---|---|---|---|
| | Name | | |

|  | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.6. | **FedEx Supply Chain Logistics & Electronics, Inc.** | **Fraud, RICO, etc.** | **U.S. Dist. Ct. N. Dist. Texas** <br> Name <br> **1100 Commerce St. #1452** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **3-23 CV 02397 S** | | **Dallas**    **TX**   **75242** <br> City    State   ZIP Code | |
| 7.7. | **Wistron Neweb Corp. V. Genesis Networks Telecom Services, LLCand GNET ATC, LLC** | **Registration of Foreign Judgment** | **150th Judicial District Court** <br> Name <br> **101 E. Nueva** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **2024 CI 03321** | | **San Antonio**    **TX**   **78205** <br> City    State   ZIP Code | |
| 7.8. | **Aldo Rivera v. GNET ATC, LLC, Genesis Networks Telecom Services, LLC and Insigt Global, LLC** | **Labor wage dispute** | **Superior Court, County of Los Angeles** <br> Name <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **24 STLC 01622** | | **Los Angeles**    **CA** <br> City    State   ZIP Code | |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

---

| **Part 5:** | **Certain Losses** |
|---|---|

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Debtor | **Genesis Networks Telecom Services, LLC** | Case number (if known) | **24-50224** |
|---|---|---|---|
| | Name | | |

---

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **LAW OFFICES OF MARTIN SEIDLER** | | **02/15/2024** | **$7,800.00** |

**Address**

**One Elm Place, Suite 504**
Street
**11107 Wurzbach Road**

**San Antonio**          **TX**     **78230**
City                              State    ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**
**Genesis Networks Enterprises**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Endeavor Managed Services, Inc.** | **Asset sale with assumption of debt (approx. $3,000,000 in assumed debt for substantially all of the debtor's assets.** | **5/31/22** | **$3,000,000.00** |

**Address**

**1354 N. Loop 1604 E.  #103**
Street

**San Antonio**          **TX**     **78232**
City                              State    ZIP Code

**Relationship to debtor**
**affiliate**

---

Debtor __Genesis Networks Telecom Services, LLC_____  Case number (if known) __24-50224__
       Name

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.2. **Endeavor Managed Services, Inc.** | **Transition services agreement** | **7/2/22** | |

    **Address**

    **1354 N. Loop 1604 E., Suitge 103**
    Street

    **San Antonio**    **TX**    **78232**
    City    State    ZIP Code

    **Relationship to debtor**

    **buyer**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.3. **Endeavor Managed Services, Inc.** | **Debtor sold its contracts to Endeavor in 2022, but some of the customers still paid Genesis.  Genesis would transfer such payments to Endeavor, the owner as received since the date of the sale up through early 2023. (See records provided to trustee for more detail).** | **various** | |

    **Address**

    **1354 N. Loop 1604 E. #103**
    Street

    **San Antonio**    **TX**
    City    State    ZIP Code

    **Relationship to debtor**

    **Affilliate**

## Part 7:   Previous Locations

**14. Previous addresses**

    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| Address | | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. **600 N. Loop 1604 E.** | | | From _____ | To _____ |
| Street | | | | |
| **San Antonio** | **TX** | **78232** | | |
| City | State | ZIP Code | | |

| Debtor | **Genesis Networks Telecom Services, LLC** | Case number (if known) | **24-50224** |
|---|---|---|---|
| | Name | | |

## Part 8:   Health Care Bankruptcies

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- ■  diagnosing or treating injury, deformity, or disease, or

- ■  providing any surgical, psychiatric, drug treatment, or obstetric care?

☑  No.  Go to Part 9.
☐  Yes.  Fill in the information below.

## Part 9:   Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑  No.
☐  Yes.  State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐  No.
☐  Yes.

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑  No.  Go to Part 10.
☐  Yes.  Does the debtor serve as plan administrator?
　　　☐  No.  Go to Part 10.
　　　☐  Yes.  Fill in below:

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐  None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Texas Partners Bank**<br>Name<br><br>Street<br><br>**San Antonio      TX**<br>City                State  ZIP Code | XXXX- 7  0  2  1 | ☑  Checking<br>☐  Savings<br>☐  Money market<br>☐  Brokerage<br>☐  Other | 2/28/23 | $0.00 |

Debtor  **Genesis Networks Telecom Services, LLC**
Name

Case number (if known)  **24-50224**

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Trailcrest Office, LLC**<br>Name<br>**3834 Spicewood Springs Rd.  #202**<br>Street<br><br>**Austin          TX    78759**<br>City          State    ZIP Code | **1354 N. Loop 1604 E. #103**<br><br>**San Antonio        TX     78232** | **furniture, fixtures and equipment on Exhibit "C" attached to lease (value undetermined)** | |

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page 8

| Debtor | **Genesis Networks Telecom Services, LLC** | Case number (if known) | **24-50224** |
|---|---|---|---|
| | Name | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

---

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

**26. Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service | | | |
|---|---|---|---|---|---|---|
| 26a.1.  **Zachary Wiebe** | | | From | | To | **2022** |
| Name | | | | | | |
| **1354 N. Loop 1604 E. Suite 103** | | | | | | |
| Street | | | | | | |
| | | | | | | |
| **San Antonio** | **TX** | **78232** | | | | |
| City | State | ZIP Code | | | | |

| Name and address | | | Dates of service | | | |
|---|---|---|---|---|---|---|
| 26a.2.  **Calvetti Ferguson** | | | From | **2020** | To | **2023** |
| Name | | | | | | |
| **250 W. Nottingham** | | | | | | |
| Street | | | | | | |
| | | | | | | |
| **San Antonio** | **Tx** | **28209** | | | | |
| City | State | ZIP Code | | | | |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service | | | |
|---|---|---|---|---|---|---|
| 26b.1.  **Calvetti Feguson** | | | From | **2020** | To | **2024** |
| Name | | | | | | |
| **250 W. Nottingham** | | | | | | |
| Street | | | | | | |
| | | | | | | |
| **San Antonio** | **TX** | | | | | |
| City | State | ZIP Code | | | | |

Debtor    **Genesis Networks Telecom Services, LLC**        Case number (if known)   **24-50224**
        Name

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ☐ None

**Name and address**                         **If any books of account and records are**
                                                  **unavailable, explain why**

26c.1.   **Calvetti Ferguson**
        Name
        **250 W. Nottingham**
        Street

        **San Antonio**             **TX**
        City                     State     ZIP Code

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

    ☑ None

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ☑ No.
    ☐ Yes. Give the details about the two most recent inventories.

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Genesis Networks Enterprises, L** | **1354 N. Loop 1604 E, suite 103 San Antonio, TX 78232** | **Managing Member** | **100%** |
| **Tina Younts** | **1354 N. Loop 1604E Suite 103 San Antonio, TX 78232** | **Executive Assistant/consultant / Supplier/Diversity Manager** | **0%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

    ☐ No
    ☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Zack Wiebe** | **1352 N. Loop 1604 East, Suit 103 San Antonio, TX** | **CEO** | From **2020** To **Nov. 2023** |

Debtor  **Genesis Networks Telecom Services, LLC**  Case number (if known) **24-50224**
Name

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes.  Identify below.

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes.  Identify below.

**Name of the parent corporation**                                          **Employer Identification number of the parent corporation**
**Goodman Investment Holdings, LLC**                          EIN: _8_ _5_ – _3_ _7_ _7_ _3_ _4_ _4_ _2_

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

---

**Part 14:**   **Signature and Declaration**

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **03/15/2024**
MM / DD / YYYY

**X** **/s/ Tina Younts**                                          Printed name **Tina Younts**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor **Executive Assistant/SupplierDiversityM**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes