Fill in this information to identify the case:

Debtor Name __Genesis Networks Telecom Services, LLC__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF TEXAS__

Case number (if known): __24-50224__

☑ Check if this is an amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals 12/15

## Part 1: Summary of Assets

1. **Schedule A/B: Assets—Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B.................................................................................................... **$1.00**

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B.................................................................................................. **$244,302.12**

   1c. **Total of all property**
   Copy line 92 from Schedule A/B..................................................................................................... **$244,303.12**

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D............ **$0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F......................................... **$0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................ **+ $105,018,748.41**

4. **Total liabilities**
   Lines 2 + 3a + 3b........................................................................................................................ **$105,018,748.41**

| Fill in this information to identify the case: | |
|---|---|
| Debtor | **Genesis Networks Telecom Services, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | **24-50224** |

☑ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply*. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Basis for the claim: | | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** ☐ No ☐ Yes | | |
| **Last 4 digits of account number** __ __ __ __ | | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( ___ ) | | | |

Debtor **Genesis Networks Telecom Services, LLC**  Case number (if known) **24-50224**

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

### 3.1 Nonpriority creditor's name and mailing address
Arris Solutions, Inc.
c/o Amy Ruhland/DLA PIPER LLP
303 Colorado St. #3000
Austin  TX  78701

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Disputed business debt**

Is the claim subject to offset?
☑ No
☐ Yes

Amount: **Unknown**

### 3.2 Nonpriority creditor's name and mailing address
Arris Solutions, Inc.
3871 Lakefield Dr.#300
Suwanee  GA  30024

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Disputed business debt**

Is the claim subject to offset?
☑ No
☐ Yes

Amount: **Unknown**

### 3.3 Nonpriority creditor's name and mailing address
AT & TSvcs, Inc./Christin Jones
Kilpatrick,Twnsend &Stockton
2001 Ross Ave. #4400
Dallas, TX  7501

Date or dates debt was incurred  2020
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Arbitration Award**

Is the claim subject to offset?
☑ No
☐ Yes

Amount: **$12,000,000.00**

### 3.4 Nonpriority creditor's name and mailing address
Carl Obermiller, Stinson
1201 Walnut Street, Suite 2900
Kansas City  MO  64106

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset?
☑ No
☐ Yes

Amount: **$62,034.44**

Debtor: **Genesis Networks Telecom Services, LLC**  Case number (if known) **24-50224**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

### 3.5 Nonpriority creditor's name and mailing address
Dist. Clerk #2021 CI 24147
101 W. Nueva #217

San Antonio    TX    78205

Date or dates debt was incurred
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

### 3.6 Nonpriority creditor's name and mailing address
FedEX Supply Chain Logistics&Elec.
1612 HUTTON DR STE 120

Carrollton    TX    75006-6675

Date or dates debt was incurred    2021
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **disputed claim**

Is the claim subject to offset?
☑ No
☐ Yes

**$80,000,000.00**

### 3.7 Nonpriority creditor's name and mailing address
Vedder Price/David Rownd
1633 Broadway 31st Floor
New York, N. Y. 10019

Date or dates debt was incurred    various
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **attorney fees**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

### 3.8 Nonpriority creditor's name and mailing address
Wistron Neweb Corporation
c/o Jacob Englander
747 3rd Ave. 16th Fl.

New York    NY    10017

Date or dates debt was incurred    9/23
Last 4 digits of account number   __ __ __ __
22 CIVIL 2538 Dist Ct. SDNY

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Judgment**

Is the claim subject to offset?
☑ No
☐ Yes

**$12,956,713.97**

Debtor **Genesis Networks Telecom Services, LLC**     Case number (if known) **24-50224**

### Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Aldo Rivera<br>c/o Ramin Younessi<br>3435 Wilshire Blvd. #220<br>Los Angeles  CA  90010 | Line _____<br>☑ Not listed. Explain:<br>**Disputed business debt** | ___ ___ ___ ___ |
| 4.2 | Dist. Clerk #2024 CI 03321<br>101 W. Nueva #217<br>San Antonio  TX  78205 | Line _____<br>☑ Not listed. Explain:<br>**Notice only** | ___ ___ ___ ___ |
| 4.3 | Dist. Clerk #DC 21-00837<br>600 Commerce St. #103<br>Dallas  TX  75202 | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | ___ ___ ___ ___ |
| 4.4 | Dist. Clrk. #3:32CV 02397 S<br>1100 Commerce St. #1452<br>Dallas  TX  75243 | Line _____<br>☑ Not listed. Explain:<br>**Notice only** | ___ ___ ___ ___ |
| 4.5 | FedEX Supply Chain Logistics&Elec.<br>c/o THE CORP TRUST CO<br>1209 ORANGE ST.<br>WILMINGTON  DE  19801 | Line _____<br>☑ Not listed. Explain:<br>**disputed claim** | ___ ___ ___ ___ |
| 4.6 | FedEX Supply ChainLogst&Elec.<br>c/o SKeenanCarter/Butler Snow<br>6075 Poplar Ave #500<br>Memphis  TN  38119 | Line _____<br>☑ Not listed. Explain:<br>**disputed claim** | ___ ___ ___ ___ |

Debtor **Genesis Networks Telecom Services, LLC**     Case number (if known) **24-50224**

## Part 3: Additional Page for Others to Be Notified About Unsecured Claims

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | GNET ATC, LLC<br>c/o Theodore Geiger<br>85 Broad St. 18th Fl.<br>New York, N. Y. 10004 | Line _____<br>☑ Not listed. Explain:<br>Notice Only | ___ ___ ___ ___ |
| 4.8 | Goodman Networks, Inc.<br>c/o David Parham<br>2001 Ross Ave. #3600<br>Dallas, TX 75201 | Line _____<br>☑ Not listed. Explain:<br>Notice Only | ___ ___ ___ ___ |
| 4.9 | Goodman Networks, Inc.<br>2801 Networks Blvd. #300<br>Frisco, X 75034 | Line _____<br>☑ Not listed. Explain:<br>Notice Only | ___ ___ ___ ___ |
| 4.10 | Goodman Networks, LLC<br>c/o Scott Seidel, Trustee<br>6505 W. Park Blvd. #306<br>Plano, TX 75093 | Line _____<br>☑ Not listed. Explain:<br>Notice Only | ___ ___ ___ ___ |
| 4.11 | Insight Global, LLC<br>1224 Hammond Drive. #1500<br>Dunwoody, GA 30346 | Line _____<br>☑ Not listed. Explain:<br>Notice Only | ___ ___ ___ ___ |
| 4.12 | Matthias Kleinsasser<br>Winstead, PC<br>300 Throckmorton St. #1700<br>Ft. Worth, TX 76102 | Line _____<br>☑ Not listed. Explain:<br>Notice Only | ___ ___ ___ ___ |
| 4.13 | Network Investments, LLC<br>3820 N. Louise Ave.<br>P. O. Box 5114<br>Sioux Falls, SD 57117 | Line _____<br>☑ Not listed. Explain:<br>Notice Only | ___ ___ ___ ___ |

Official Form 206E/F     Schedule E/F: Creditors Who Have Unsecured Claims     page 5

Debtor **Genesis Networks Telecom Services, LLC**     Case number (if known) **24-50224**

## Part 3: Additional Page for Others to Be Notified About Unsecured Claims

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.14 | Scott Seidel/Trustee Goodman Networks<br>c/o Michael Quilling<br>2001 Bryan St. #1800<br>Dallas TX 75201 | Line _____<br>☑ Not listed. Explain:<br>Notice Only | __ __ __ __ |
| 4.15 | Scott Seidel/Trustee Goodman Networks<br>6505 W. Park Blvd. #306<br>Plano TX 75093 | Line _____<br>☑ Not listed. Explain:<br>Notice Only | __ __ __ __ |
| 4.16 | Scott Seidel/Trustee Goodman Networks<br>c/o Davor Rukavina<br>500 N. Akard St. #3800<br>Dallas TX 75201 | Line _____<br>☑ Not listed. Explain:<br>Notice Only | __ __ __ __ |
| 4.17 | Sup. Ct. Clrk. 24STLC01622<br>312 N. Spring St.<br>Los Angeles CA 90012 | Line _____<br>☑ Not listed. Explain:<br>Notice Only | __ __ __ __ |
| 4.18 | U. S. Trustee<br>1100 Commerce St. Rm 976<br>Dallas TX 75242 | Line _____<br>☑ Not listed. Explain:<br>Notice Only | __ __ __ __ |
| 4.19 | U.S. Bankrtcy Clerk #22-31641<br>1100 Commerce St. #1254<br>Dallas TX 75242 | Line _____<br>☑ Not listed. Explain:<br>Notice Only | __ __ __ __ |
| 4.20 | U.S.Bankrtcy ClerkAdv.23-03035<br>1100 Commerce St. #1254<br>Dallas TX 75242 | Line _____<br>☑ Not listed. Explain:<br>Notice Only | __ __ __ __ |

Official Form 206E/F     Schedule E/F: Creditors Who Have Unsecured Claims     page 6

Debtor **Genesis Networks Telecom Services, LLC**  Case number (if known) **24-50224**

## Part 3: Additional Page for Others to Be Notified About Unsecured Claims

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.21 | **Wistron Neweb Corporation**<br>**20 Park Avenue II, Hsinchu Science PK**<br>**Hsinchu 308, Taiwan** | Line _____<br>☑ Not listed. Explain:<br>**Judgment** | __ __ __ __ |
| 4.22 | **Wistron Neweb Corporation**<br>**c/o Steve A. Chiscano**<br>**9601 McAllister Freeway #401**<br>**San Antonio    TX    78216** | Line _____<br>☑ Not listed. Explain:<br>**Judgment** | __ __ __ __ |

Debtor **Genesis Networks Telecom Services, LLC**   Case number (if known) **24-50224**

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|     |     | Total of claim amounts |
| --- | --- | --- |
| 5a. Total claims from Part 1 | 5a. | $0.00 |
| 5b. Total claims from Part 2 | 5b. + | $105,018,748.41 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $105,018,748.41 |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Genesis Networks Telecom Services, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | **24-50224**   Chapter **7** |

☑ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   - ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases

   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

   | 2.1 | State what the contract or lease is for and the nature of the debtor's interest | lease of 1354 N. Loop 1604 E. Suite 103, San Antonio, TX 78232 (along with funishings) Lease if $11568 plus CAM through 12/31/25 Contract to be REJECTED | Trail Crest Office, LLC 3834 Spicewood Springs Rd.#202 |
   |---|---|---|---|
   | | State the term remaining | 22 payment(s) | Austin   TX   78759 |
   | | List the contract number of any government contract | | |

| Fill in this information to identify the case and this filing: | |
|---|---|
| Debtor Name | **Genesis Networks Telecom Services, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | **24-50224** |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **03/15/2024**        X **/s/ Tina Younts**
MM / DD / YYYY                     Signature of individual signing on behalf of debtor

**Tina Younts**
Printed name

**Executive Assistant/SupplierDiversityMgr**
Position or relationship to debtor

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

IN RE: **Genesis Networks Telecom Services, LLC**   CASE NO

*Amended*   CHAPTER 7

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date 3-15-24    Signature *Tina Younts, Executive Assistant*

Date _____    Signature _____

## ADDITIONAL CREDITORS

Aldo Rivera
c/o Ramin Younessi
3435 Wilshire Blvd. #220
Los Angeles, CA 90010

Dist. Clerk #2024 CI 03321
101 W. Nueva #217
San Antonio, TX 78205

Insight Global, LLC
1224 Hammond Drive. #1500
Dunwoody, GA 30346

Sup. Ct. Clrk. 24STLC01622
312 N. Spring St.
Los Angeles, CA 90012

Trail Crest Office, LLC
3834 Spicewood Springs Rd.#202
Austin, TX 78759

Wistron Neweb Corporation
c/o Jacob Englander
747 3rd Ave. 16th Fl.
New York, NY 10017

Wistron Neweb Corporation
c/o Steve A. Chiscano
9601 McAllister Freeway #401
San Antonio, TX 78216

Wistron Neweb Corporation
20 Park Avenue II,
Hsinchu Science PK
Hsinchu 308, Taiwan

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | NO. 24-50224 |
| | § | |
| GENESIS NETWORKS TELECOM | § | |
| SERVICES, LLC | § | |
| | § | CHAPTER 7 |
| DEBTOR | § | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Amended Summary and Schedule F were served by first class mail to each of the persons set forth below on this 15th day of March, 2024:

Johnny Thomas, Trustee
1153 E. Commerce
San Antonio, Texas 78205

U.S. Trustee
615 E. Houston St., Suite 533
San Antonio, Texas 78205

Genesis Networks Telecom Services, LLC
1354 N. Loop 1604 E, Suite 103
San Antonio, Texas 78232

A copy of the §341 Notice was also served by first class mail to each of the persons set forth below on this 15th day of March, 2024.

Aldo Rivera
c/o Ramin Younessi
3435 Wilshire Blvd. #220
Los Angeles, CA  90010

Dist. Clerk #2024 CI 03321
101 W. Nueva #217
San Antonio, TX  78205

Insight Global, LLC
1224 Hammond Drive. #1500
Dunwoody, GA 30346

Sup. Ct. Clrk. 24STLC01622
312 N. Spring St.
Los Angeles, CA  90012

Trail Crest Office, LLC
3834 Spicewood Springs Rd.#202
Austin, TX  78759

Wistron Neweb Corporation
c/o Jacob Englander
747 3rd Ave. 16th Fl.
New York, NY 10017

Wistron Neweb Corporation
c/o Steve A. Chiscano
9601 McAllister Freeway #401
San Antonio, TX 78216

Wistron Neweb Corporation
20 Park Avenue II,
Hsinchu Science PK
Hsinchu 308, Taiwan

                    Respectfully submitted,

                    LAW OFFICES OF MARTIN SEIDLER
                    11107 Wurzbach Road, Suite 504
                    San Antonio, Texas 78230
                    Tel: (210) 694-0300
                    Fax: (210) 690-9886
                    Email: marty@seidlerlaw.com

By: ___s/ *Martin Seidler*
      MARTIN SEIDLER, #18000800
      ATTORNEY FOR DEBTOR

2