UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE: Genesis Networks Telecom Services, LLC

Case No: 24-50224 MMP

Chapter 7

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Daniel W. Van Horn ("Applicant") moves this court to grant admission to the United States Bankruptcy Court for the Western District of Texas *pro hac vice* to represent Fedex Supply Chain Logistics & Electronics, Inc. in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Butler Snow LLP,

   with offices at

   Mailing address: 6075 Poplar Avenue, Suite 500

   City, State, Zip: Memphis, TN 38119

   Telephone: (901) 680-7331   Fax: (601) 680-7201

   Email Address: danny.vanhorn@butlersnow.com

2. Since Daniel W. Van Horn, Applicant has been and presently is a member of and in good standing with the Bar of the State of Tennessee. Applicant's bar license number is 018940.

3. Applicant has been admitted to practice before the following state and federal courts:

Court: Admission date:

See Attached Bar Admissions

4. Applicant is presently a member in good standing of the bars of the courts listed above, and is not currently suspended or disbarred in any other court, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):
None

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:
None

6. Applicant is eligible to practice in the Bankruptcy Court.

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas Bankruptcy Court and is also subject to all rules of practice of the U.S. District Court of the Western District of Texas and will comply with the standards of practice set out therein.

| BAR ADMISSIONS | | |
|---|---|---|
| **STATE / DISTRICT** | **ADMISSION DATE** | **BAR NO.** |
| Tennessee (State Court) | 10.30.1997 | 18940 |
| Western District of Tennessee | 11.04.1997 | 18940 |
| Middle District of Tennessee | 09.21.2001 | 18940 |
| Eastern District of Tennessee | 07.14.2005 | 18940 |
| Middle District of TN – **Bankruptcy** | ?? | 18940 |
| Mississippi (State Court) | 05.30.2006 | 102105 |
| Northern District of Mississippi | 10.11.2006 | 102105 |
| Southern District of Mississippi | 10.11.2006 | 102105 |
| Arkansas (State Court) | 03.26.2007 | 2007024 |
| Eastern District of Arkansas | 04.30.2007 | 2007024 |
| Western District of Arkansas | 04.30.2007 | 2007024 |
| Western District of AR - **Bankruptcy** | ?? | 2007024 |
| District Court of Colorado | 10.22.2020 | *No bar # issued* |
| *5th Circuit Court of Appeals* | *10.11.2006* | *Inactive* |
| 6th Circuit Court of Appeals | 12.15.1997 | |
| 8th Circuit Court of Appeals | 06.09.2009 | |
| U.S. Supreme Court | 10.18.2010 | 277299 |

8. (●) Applicant has not requested admission pro hac vice in the Bankruptcy Court for the Western District of Texas in the preceding twelve months.

or

( ) Applicant has filed the motions for admission pro hac vice in the preceding twelve months.

| Case Name/Number | Date Filed | Disposition of Motion |
|---|---|---|
| None | | |
| | | |
| | | |

Wherefore, Applicant prays that this Court enter an order permitting the admission of **Daniel W. Van Horn** to the U.S. Bankruptcy Court Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

_____
[Signature of Applicant]

Daniel W. Van Horn
[Printed name of Applicant]

6075 Poplar Avenue, Suite 500, Memphis, TN 38119
[Address of Applicant]

(901) 680-7331
[Telephone of Applicant]

danny.vanhorn@butlersnow.com
[Email address of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 3rd Day of ~~March~~ APRIL, 2024.

Note: Per Local Rule 9013(c)(2) the certificate of service must list each of the entities served and their addresses.

Attach a list below of each party served along with the service address and the method of service.

_____
[Signature of Applicant]

Daniel W. Van Horn
[Printed name of Applicant]

6075 Poplar Avenue, Suite 500
[Address of Applicant]

(901) 680-7331
[Telephone of Applicant]

danny.vanhorn@butlersnow.com
[Email address of Applicant]

I, also, hereby certify that the foregoing was forwarded via U. S. Mail, First Class, postage prepaid, to the parties listed on the attached service matrix list on ~~March~~ APRIL 3, 2024.

_____
DANIEL W. VAN HORN

###

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-5<br>Case 24-50224-mmp<br>Western District of Texas<br>San Antonio<br>Thu Mar 28 13:37:52 CDT 2024 | Genesis Networks Telecom Services, LLC<br>1354 N. Loop 1604 E, Suite 103<br>San Antonio, TX 78232-1342 | U.S. BANKRUPTCY COURT<br>615 E. HOUSTON STREET, ROOM 597<br>SAN ANTONIO, TX 78205-2055 |
| AT & TSvcs, Inc./Christin Jones<br>Kilpatrick,Twnsend &Stockton<br>2001 Ross Ave. #4400<br>Dallas, TX 75201-2924 | Aldo Rivera<br>c/o Ramin Younessi<br>3435 Wilshire Blvd., #220<br>Los Angeles, CA 90010-1901 | Arris Solutions, Inc.<br>3871 Lakefield Dr.#300<br>Suwanee, GA 30024-1292 |
| Arris Solutions, Inc.<br>c/o Amy Ruhland/DLA PIPER LLP<br>303 Colorado St. #3000<br>Austin, TX 78701-4654 | (p)LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATTN DON STECKER<br>112 E PECAN<br>SUITE 2200<br>SAN ANTONIO TX 78205-1588 | Carl Obermiller, Stinson<br>1201 Walnut Street, Suite 2900<br>Kansas City, MO 64106-2178 |
| Dist. Clerk #2021 CI 24147<br>101 W. Nueva #217<br>San Antonio, TX 78205-3411 | Dist. Clerk #2024CI03321<br>101 W. Nueva, #217<br>San Antonio, TX 78205-3411 | Dist. Clerk #DC 21-00837<br>600 Commerce St. #103<br>Dallas, TX 75202-6604 |
| Dist. Clrk. #3:32CV 02397 S<br>1100 Commerce St. #1452<br>Dallas, TX 75242-1310 | FedEX Supply Chain Logistics&Elec.<br>1612 HUTTON DR STE 120<br>Carrollton, TX 75006-6675 | FedEX Supply Chain Logistics&Elec.<br>c/o THE CORP TRUST CO<br>1209 ORANGE ST.<br>WILMINGTON, DE. 19801-1120 |
| FedEX Supply ChainLogst&Elec.<br>c/o SKeenanCarter/Butler Snow<br>6075 Poplar Ave #500<br>Memphis, TN 38119-0102 | GNET ATC, LLC<br>c/o Theodore Geiger<br>85 Broad St. 18th Fl.<br>New York, N. Y. 10004-2783 | GNET ATC, LLC.<br>c/o Goodman Networks<br>6505 W. Park Blvd. #306<br>Plano, TX 75093-6212 |
| Goodman Networks, Inc.<br>2801 Networks Blvd. #300<br>Frisco, X 75034-1881 | Goodman Networks, Inc.<br>c/o David Parham<br>2001 Ross Ave. #3600<br>Dallas, TX 75201-2938 | Goodman Networks, LLC<br>c/o Scott Seidel, Trustee<br>6505 W. Park Blvd. #306<br>Plano, TX 75093-6212 |
| Insight Global, LLC<br>1224 Hammond Dr. #1500<br>Dunwoody, GA 30346-1537 | James Goodman<br>c/o Pulman Cappuccio & Pullen LLP<br>ATTN: Randall A. Pulman<br>2161 NW Military Hwy., Ste. 400<br>San Antonio, TX 78213-1844 | Matthias Kleinsasser<br>Winstead, PC<br>300 Throckmorton St. #1700<br>Ft. Worth, TX 76102-2928 |
| Network Investments, LLC<br>3820 N. Louise Ave.<br>P. O. Box 5114<br>Sioux Falls, SD 57117-5114 | Scott M. Seidel<br>c/o Thomas Berghman<br>Munsch Hardt Kopf & Harr, PC<br>500 N Akard St Ste 4000<br>Dallas TX 75201-6605 | Scott Seidel/Trustee Goodman Networks<br>6505 W. Park Blvd. #306<br>Plano, TX 75093-6212 |
| Scott Seidel/Trustee Goodman Networks<br>c/o Davor Rukavina<br>500 N. Akard St. #3800<br>Dallas, TX 75201-6659 | Scott Seidel/Trustee Goodman Networks<br>c/o Michael Quilling<br>2001 Bryan St. #1800<br>Dallas, TX 75201-3070 | Sup. Ct. Clrk 24STLC01622<br>312 N. Spring St.<br>Los Angeles, CA 90012-4701 |

| | | |
|---|---|---|
| Trail Crest Office LLC<br>3834 Spicewood Springs Rd #202<br>Austin, TX 78759-8978 | U. S. Trustee<br>1100 Commerce St. Rm 976<br>Dallas, TX 75242-0996 | U. S. Trustee<br>615 E. Houston St., #533<br>San Antonio, Texas 78205-2055 |
| U.S. Bankrtcy Clerk #22-31641<br>1100 Commerce St. #1254<br>Dallas, TX 75242-1305 | U.S.Bankrtcy ClerkAdv.23-03035<br>1100 Commerce St. #1254<br>Dallas, TX 75242-1305 | United States Trustee - SA12<br>US Trustee's Office<br>615 E Houston, Suite 533<br>San Antonio, TX 78205-2055 |
| Vedder Price/David Rownd<br>1633 Broadway 31st Floor<br>New York, N. Y. 10019-6764 | Wistrom Neweb Corporation<br>c/o Jacob Englander<br>747 3rd Ave. 16th Fl.<br>New York, NY 10017-2856 | Wistron Neweb Corp<br>20 Park Avenue II<br>Hsinchu Science PK<br>Hsinchu 308 Taiwan |
| Wistron Neweb Corp<br>c/o Jacob Englander<br>747 3rd Ave 16th Floor<br>New York, NY 10017-2856 | Wistron Neweb Corp<br>c/o Steve A. Chiscano<br>9601 McAllister Frwy #401<br>San Antonio, TX 78216-4634 | Johnny W Thomas Jr<br>johnnywthomas.trusteblogs.com<br>St Paul Square<br>1153 E Commerce<br>San Antonio, TX 78205-3305 |
| Martin Seidler<br>Law Offices of Martin Seidler<br>11107 Wurzbach, Suite 504<br>One Elm Place<br>San Antonio, TX 78230 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Bexar County<br>c/o Don Stecker<br>112 E. Pecan Street, Suite 2200<br>San Antonio, TX 78205 | End of Label Matrix<br>Mailable recipients    42<br>Bypassed recipients    0<br>Total    42 |