Lazare Potter Giacovas & Moyle LLP
Jacob A. Englander, Esq.
747 Third Avenue, 16th Floor
New York, NY 10017
Telephone: (212)-784-3308
jenglander@lpgmlaw.com

*Counsel for Wistron NeWeb Corporation*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

_____

| | |
|---|---|
| In re: | Chapter 7 |
| GENESIS NETWORKS TELECOM SERVICES, LLC | Case No. 24-50224 (MMP) |
| Debtor. | |

_____

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Wistron Neweb Corporation ("WNC"), by and through its undersigned counsel, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342 and 1109(b), requests that all notices given or required to be given in this case or any related adversary proceeding, and all papers served or required to be served in this case be given and served upon:

> Jacob A. Englander, Esq.
> Lazare Potter Giacovas & Moyle LLP
> 747 Third Avenue, 16th Floor
> New York, NY 10017
> Telephone: (212) 784-3308
> jenglander@lpgmlaw.com

**PLEASE TAKE FURTHER NOTICE** that this request for notice and service includes copies of all papers, including, but not limited to, reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements and answering or reply papers filed in these

cases or any related adversary proceeding and that such service be by mailing one copy of each, unless otherwise directed by the Court, to the parties listed above.

**PLEASE TAKE FURTHER NOTICE** that WNC intends that neither this Notice of Appearance and Request for Service of Papers nor any later appearance, pleading, claim or suit shall waive (i) WNC's right to have final orders in non-core matters entered only after de novo review by a District Court Judge, (ii) WNC's right to trial by jury in any proceeding so triable in any case, controversy, or proceeding related to this bankruptcy proceeding, (iii) WNC's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defense, setoffs, or recoupments to which WNC is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defense, setoffs, and recoupments WNC expressly reserves. Additionally, nothing herein shall be deemed or construed as a consent to jurisdiction of matters congressionally delegated to regulatory authorities.

Dated: April 11, 2024
      New York, New York

    LAZARE POTTER GIACOVAS & MOYLE LLP

    By: /s/ Jacob A. Englander
        Jacob A. Englander
    747 Third Avenue, 16th Floor
    New York, NY 10017
    Telephone: (212) 784-3308
    jenglander@lpgmlaw.com

*Counsel for Wistron NeWeb Corporation*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on April 11, 2024, a copy of the Notice of Appearance and Request for Service of Papers was served on all parties of record via CM/ECF.

Dated: April 11, 2024

By: /s/ Jacob A. Englander  
Jacob A. Englander
