## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 7 |
| GENESIS NETWORKS TELECOM SERVICES, LLC, | § § § | Case No. 24-50224-MMP |
| Debtor. | § § | |

## NOTICE OF CONTINUED MEETING OF CREDITORS

PLEASE TAKE NOTICE that the meeting of creditors held pursuant to 11 U.S.C. § 341 in this case (the Meeting) has been rescheduled for **May 8, 2024, at 9:00 a.m. Central Time**. The Meeting will be conducted in-person at the Hipolito F. Garcia Federal Building, 615 E. Houston Street, 3rd Floor, Room 333, San Antonio, TX 78205. Parties can also attend telephonically at (866) 819-0791; Code: 8185662#.

PLEASE TAKE FURTHER NOTICE that an election of a chapter 7 trustee under 11 U.S.C. § 702 was requested to take place at such Meeting. Attached, please find the Trustee Election Questionnaire **(Exhibit A)** and Trustee Election Ballot **(Exhibit B)**. To request an election and/or cast a vote, creditors must either appear at the meeting of creditors or have properly authorized a proxy to vote the claim or otherwise act as the owner's attorney in fact in connection with administration of the estate. Please read the instructions below on how to submit the forms and appear at the meeting of creditors to cast your vote. Failure to properly submit all required forms and appear at the meeting may result in a vote being disputed and, thus, not considered.

### Option A

If attending the meeting of creditors telephonically, please submit all of the following to the United States Trustee no later than **Tuesday May 7, 2024, at 5:00 p.m. Central Time** via mail at 615 E. Houston Street, Suite 533, San Antonio, TX 78205, Attn: Aubrey Thomas, **OR** via email at USTPRegion07.SN.ECF@usdoj.gov with the subject line "Attn: Aubrey Thomas, Genesis Networks, case number 24-50224 – Trustee Election": (1) completed **Exhibit A**, (2) completed **Exhibit B**, and (3) a complete copy of your filed proof of claim,. As a condition of voting, the United States Trustee will confirm your identity and the information contained on your ballot at the meeting of creditors.

### Option B

If attending and casting your vote in person at the meeting of creditors, you must submit the following to the United States Trustee at the meeting when requested: (1) completed **Exhibit A**, (2) completed **Exhibit B**, and (3) a complete copy of your filed proof of claim. **Exhibit A** and **Exhibit B** will also be available at the meeting of creditors.

### Option C

If an entity is appearing at the meeting of creditors on your behalf as your proxy, the proxy must submit to the United States Trustee at the outset of the meeting of creditors (1) a written and duly authorized power of attorney authorizing the proxy entity to vote the claim or otherwise act as the owner's attorney in fact in connection with administration of the estate **AND** (2) a complete copy of the creditor's filed proof of claim. The proxy must complete both **Exhibit A** and **Exhibit B** and submit both documents to the United States Trustee on your behalf.

**Election Disputes**

Creditors and parties may also attend the Meeting and object to the election, including but not limited to objections relating to voting or tabulation. Following the conducting of any election at the Meeting pursuant to 11 U.S.C. § 702, the United States Trustee will file a report of the election results with the Bankruptcy Court, including but not limited to any disputes regarding the election.

Dated: April 17, 2024

Respectfully submitted,
KEVIN M. EPSTEIN
United States Trustee Region 7
Southern and Western Districts of Texas

By: */s/ Aubrey L. Thomas*
Aubrey L. Thomas
Assistant United States Trustee
Texas State Bar No. 24130279
615 E. Houston St., Suite 533
San Antonio, TX 78205
Telephone: (210) 472-4640
Facsimile: (210) 472-4649
E-mail: Aubrey.Thomas@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Continued Meeting of Creditors was served by electronic means for all Pacer system participants and/or by first class mail, postage prepaid, to all parties listed on the attached Service List (not attached to mailing copy) on this the 17th day of April 2024.

/s/Aubrey L. Thomas
Aubrey L. Thomas