# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 24–50224–mmp

Chapter No.: 7

Judge: Michael M Parker

IN RE: **Genesis Networks Telecom Services, LLC**, Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at San Antonio Courtroom 1, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205

on **4/23/24 at 09:30 AM**

Hearing to Consider and Act Upon the Following: (IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E–MAIL DEANNA CASTLEBERRY AT: deanna_castleberry@txwb.uscourts.gov.)(Related Document(s): 15 Motion to Require Trustee to Assume or Reject Executory Contract–Real Property Lease with TrailCrest Office, LLC. filed by Michael G. Colvard for Creditor Trailcrest Office, LLC. Hearing Scheduled For 4/23/2024 at 9:30 AM at SA Courtroom 1. (Castleberry, Deanna)***SET PER DIRECTION OF THE COURT***.

Dated: 4/17/24

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Hearing Notice (BK)] [NtchrgBKapac]