*#15 Motion to Require Trustee to Assume or Reject Executory Contract-Real Property Lease with TrailCrest Office, LLC. filed by Michael G. Colvard for Creditor Trailcrest Office, LLC.*

## EXHIBIT AND WITNESS LIST

AO 187 (REV. 4/82)

| Genesis Networks Telecom Services, Inc.   Vs. Trailcrest Office, LLC. || DISTRICT COURT Western (**SAN ANTONIO**) ||
|---|---|---|---|
| PLAINTIFF'S ATTORNEY<br><br>Martin Seidler | DEFENDANT'S ATTORNEY<br><br>Michael Colvard | DOCKET NUMBER<br>**24-50224 P-7** ||
| ^ | ^ | TRIAL DATE(S)<br>**APRIL 23, 2024** ||
| PRESIDING JUDGE<br><br>**MICHAEL M. PARKER** | ELECTRONIC COURT RECORDING OPERATOR<br>**EMILIO LUNA** | COURTROOM DEPUTY<br><br>**DEANNA CASTLEBERRY** ||

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS * AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  | 1 | 04/23/24 | XXXX | 04/23/24 | Office Lease dated October 15, 2018 |
|  | 2 | 04/23/24 | XXXX | 04/23/24 | Modification and Extension of Lease dated September 30, 2022 |
|  | 3 | 04/23/24 | XXXX | 04/23/24 | Modification and Assignment of Lease dated January 3, 2022 |
|  |  |  |  |  |  |
|  | W/2 | 04/23/24 | ------- | --------- | **JEFFREY SCHLESINGER** |
|  |  |  |  |  |  |
|  |  |  |  |  | FILED<br>APR 23 2024<br>U.S. BANKRUPTCY COURT<br>BY _____ DEPUTY |