Kevin D. McCullough
State Bar No. 00788005
Shannon S. Thomas
State Bar No. 24088442
ROCHELLE MCCULLOUGH, LLP
901 Main Street, Suite 3200
Dallas, Texas 75202
Telephone: (214) 953-0182
Facsimile: (888) 467-5979
Email: kdm@romclaw.com
Email: sthomas@romclaw.com

Laurie Dahl Rea
State Bar No. 00796150
ROCHELLE MCCULLOUGH, LLP
300 Throckmorton Street, Suite 520
Fort Worth, TX 76102
Telephone: (817) 347-5267
Facsimile: (817) 347-5269
Email: laurie.rea@romclaw.com

PROPOSED COUNSEL FOR
THE CHAPTER 7 TRUSTEE

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO. 24-50224 (MMP)** |
| GENESIS NETWORKS TELECOM | § | |
| SERVICES, LLC, | § | |
| | § | **Chapter 7** |
| Debtor. | § | |

**AMENDED[1] DECLARATION OF SHANNON S. THOMAS IN SUPPORT OF**
**APPLICATION TO EMPLOY ROCHELLE MCCULLOUGH, LLP**
**AS COUNSEL FOR THE CHAPTER 7 TRUSTEE**

I, Shannon S. Thomas, do declare and state as follows:

1. I am an attorney at law admitted to practice before this Court. I am a partner with the law firm of Rochelle McCullough, LLP ("ROMC") which maintains a business address at 901 Main Street, Suite 3200, Dallas, TX 75202.

2. I make this Declaration ("Declaration") in support of the *Application to Employ Rochelle McCullough, LLP as Counsel for the Chapter 7 Trustee* (the "Application") and to provide disclosures required under §§ 327, 328, and 504 of the Bankruptcy Code and Bankruptcy Rule 2014.

---

[1] This Declaration is being amended to add the additional disclosure found herein at paragraph no. 12(b).

3. The facts set forth in this Declaration are personally known to me based upon personal knowledge, unless otherwise noted, and if called as a witness, I would and could competently testify thereto. To the extent that any information disclosed herein requires amendment or modification, I reserve the right to submit a supplemental statement to the Court.

4. The attorney at ROMC who will be primarily responsible for the representation of the Trustee will be me. Other attorneys or paralegals at ROMC may work on this case based on available expertise and economic efficiencies. ROMC will charge the Trustee for legal services on an hourly basis at the hourly rates provided below:

| **Professional** | **Fee Range** |
| --- | --- |
| Partners: | $550.00 to $900.00 |
| Associates: | $325.00 to $650.00 |
| Paralegals: | $225.00 |

5. It is ROMC's practice to seek reimbursement from its clients for all reasonable and necessary out-of-pocket expenses incurred in connection with its representation, including postage, delivery charges, photocopying charges, travel expenses, computerized research charges, transcription charges, and filing fees. ROMC customarily maintains detailed records of any actual and necessary or appropriate costs and expenses incurred in connection with the aforementioned legal services. ROMC will charge the Trustee for such expenses in a manner and at rates consistent with charges made generally to ROMC's other clients and consistent with normal practices within the district.

6. ROMC intends to apply to the Court for compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and orders of this Court.

7. Other than as set forth below, ROMC has no connection with the Debtor, their creditors, or any other party-in-interest in this Bankruptcy Case, or with their respective attorneys or accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

8. ROMC represents no interests adverse to the bankruptcy estate in the matters for which ROMC is proposed to be retained, and ROMC is a "disinterested person" as defined in § 101(14) of the Bankruptcy Code.

9. Except as may be specifically allowed by the Bankruptcy Code, ROMC has not shared or agreed to share (a) any compensation or reimbursement of expenses it has received or may receive in this chapter 7 case with any person or entity, or (b) any compensation another person or entity has received or may receive in this chapter 7 case.

10. ROMC has not received a retainer or any compensation from the estate as of the time of the Application.

11. In preparing this Declaration, I or someone under my supervision and direction reviewed documents to determine whether ROMC has any relationship with the parties in this chapter 7 case. To the extent such review indicated that ROMC had or has a relationship with or connection to any interested party, such relation or connection is disclosed below.

### ROMC's Connections with Parties-in-Interest

12. Based on information known to date, ROMC's connections with the Debtor, the Trustee, creditors, other parties-in-interest, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee, are as follows:

    (a) <u>Attorneys, accountants and other professionals; Office of the United States Trustee</u>. ROMC may have worked closely with one or more attorneys, accountants, and other professionals who may participate in this chapter 7 case on behalf of the estate, creditors or other parties-in-interest. For instance, ROMC has worked

   closely in the past with the United States Trustee and persons employed by the Office of the United States Trustee. ROMC is not aware of any connection with any such person or entity which would disqualify it from representing the Trustee herein.

(b) <u>Other potential parties-in-interest</u>. ROMC has endeavored in good faith to determine connections it may have with the principal creditors and parties-in-interest in this case based on information available. Nevertheless, it is possible that ROMC may have other connections unrelated to this chapter 7 case with other persons or entities involved herein. However, ROMC has not represented any creditor or party-in-interest in relation to the estate.

   Kevin McCullough, a partner with ROMC and proposed counsel for the Trustee, was previously contacted by a prospective client regarding representation in a federal complaint filed in the U.S. District Court for the Northern District of Texas by FedEx Supply Chain Logistics & Electronics, Inc. ("<u>FedEx</u>"), *FedEx Supply Chain Logistics & Electronics, Inc v. Goodman, et al.*, Case No. 3:23-cv-02397-S (N.D. Tex.). FedEx is a purported creditor in this bankruptcy estate, and the federal complaint involves numerous parties-in-interest, including the Debtor's principal; however, neither Mr. McCullough nor the firm were ever engaged and no confidential information was exchanged with the prospective client. Neither ROMC or Mr. McCullough have had any further role in the proceeding.

   ROMC will further supplement this Declaration if it becomes aware of any additional connection with other parties in interest requiring further disclosure.

(c) The Trustee is a partner with ROMC in its Fort Worth, Tx office.

(d) ROMC and members of ROMC currently use or have used AT&T for internet and telephone services.

(e) ROMC and members of ROMC routinely use FedEx for expedited delivery services.

13. The disclosures above are based upon information reasonably available to ROMC and me at the time of submission of the Application to the Court. ROMC and I will supplement this Declaration as may be required by the Bankruptcy Code and Bankruptcy Rules if and when any other connection requiring disclosure becomes known.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: July 26, 2024. /s/ *Shannon S. Thomas*
Shannon S. Thomas