# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 24–50224–mmp
Chapter No.: 7
Judge: Michael M Parker

IN RE: **Genesis Networks Telecom Services, LLC**, Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at San Antonio Courtroom 1, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205

on **9/3/24 at 09:30 AM**

Hearing to Consider and Act Upon the Following: (IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E–MAIL DEANNA CASTLEBERRY AT: deanna_castleberry@txwb.uscourts.gov.) (Related Document(s): 63 Motion for Order Directing the Rule 2004 Examinations of (i) the Debtor, (ii) Endeavor Managed Services, Inc., (iii) Symbiont Ventures, LLC f/k/a Goodman Investments Holdings LLC and (iv) James Goodman filed by Robert Campbell Hillyer for Creditor Fedex Supply Chain Logistics & Electronics, Inc. Hearing Scheduled For 9/3/2024 at 9:30 AM at SA Courtroom 1. (Castleberry, Deanna)

Dated: 8/6/24

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Hearing Notice (BK)] [NtchrgBKapac]