Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
Conor P. White, Esq.
Texas Bar No. 24125722
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas  75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

ATTORNEYS FOR SCOTT M. SEIDEL,
TRUSTEE OF GOODMAN NETWORKS, INC.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| GENESIS NETWORKS TELECOM | § | |
| SERVICES, LLC, | § | Case No. 24-50224 (MMP) |
| | § | |
| Debtor. | § | |

**SCOTT M. SEIDEL'S, TRUSTEE OF GOODMAN NETWORKS, INC., JOINDER TO MOTION OF FEDEX SUPPLY CHAIN LOGISTICS & ELECTRONICS, INC. FOR ORDER DIRECTING RULE 2004 EXAMINATIONS OF (I) THE DEBTOR, (II) ENDEAVOR MANAGED SERVICES, INC., (III) SYMBIONT VENTURES, LLC F/K/A GOODMAN INVESTMENT HOLDINGS LLC AND (IV) JAMES GOODMAN**

TO THE HONORABLE MICHAEL M. PARKER, U.S. BANKRUPTCY JUDGE:

COMES NOW Scott M. Seidel ("Seidel"), solely in his capacity as the duly-appointed chapter 7 trustee of Goodman Networks, Inc. ("GNI"), and files this joinder (the "Joinder") to the *Motion of FedEx Supply Chain Logistics & Electronics, Inc. for Order Directing Rule 2004 Examinations of (I) the Debtor, (II) Endeavor Managed Services, Inc., (III) Symbiont Ventures, LLC f/k/a Goodman Investment Holdings LLC and (IV) James Goodman* [Docket No. 63] (the "Motion") in support of which Seidel would respectfully show as follows:

1.     Seidel hereby joins in the Motion for substantially the reasons as set out in the Motion.  GNI is currently a chapter 7 debtor in bankruptcy case number 22-31641 pending in the

bankruptcy court for the Northern District of Texas, for which Seidel is the duly-appointed trustee. The Examinees (as defined in the Motion) are all relevant entities and persons of interest to GNI's pending bankruptcy case.  Further, and more relevantly, the Examinees are either the direct recipients or the ultimate beneficiaries of a string of transfers that stripped numerous entities affiliated with James Goodman, of which Genesis Networks Telecom Services, LLC (the "<u>Debtor</u>") and GNI are two, with little transparency.  GNI currently holds a claim against the Debtor for funds transferred by GNI for the benefit of the Debtor at James Goodman's direction.

2.      Accordingly, for the reasons set out in the Motion and this Joinder, the Motion should be granted.

WHEREFORE, PREMISES CONSIDERED, Seidel respectfully requests that the Court enter an order: (i) granting the Motion; (ii) ordering the Rule 2004 Examinations; (iii) ordering the Examinees to fully produce responsive documents to the requests for production attached to the Motion within thirty (30) days; and (iv) granting all such other and further relief as may be appropriate.

RESPECTFULLY SUBMITTED this 7th day of August, 2024.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: _/s/ Davor Rukavina_
     Davor Rukavina, Esq.
     Texas Bar No. 24030781
     Thomas D. Berghman, Esq.
     Texas Bar No. 24082683
     Conor P. White, Esq.
     Texas Bar No. 24125722
     500 North Akard St., Ste. 4000
     Dallas, Texas 75201
     Telephone: (214) 855-7500
     Facsimile: (214) 978-4375
     drukavina@munsch.com
     tberghman@munsch.com
     cwhite@munsch.com

**ATTORNEYS FOR SCOTT M. SEIDEL,**
**TRUSTEE OF GOODMAN NETWORKS, INC.**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that, on August 7th, 2024, a true and correct copy of the foregoing document was served via the Court's ECF notification system on all parties entitled to notice thereby, including counsel for the Debtor, and via US Mail first class, postage prepaid, upon the following:

Genesis Networks Telecom Services, LLC
c/o Martin Seidler
11107 Wurzbach, Suite 504
One Elm Place
San Antonio, TX 78230

Symbiont Ventures, LLC
1354 N Loop 1604 E
San Antonio, TX 78232

Symbiont Ventures, LLC
c/o Capitol Corporate Services, Inc., Registered Agent
1501 S Mopac Expy, Ste. 220
Austin, TX 78746

Endeavor Managed Services, Inc.
1354 N Loop 1604 E
San Antonio, TX 78232

Endeavor Managed Services, Inc.
c/o Incorporating Services, Ltd.
3610-2 N. Josey, Suite 223
Carrollton, TX 75007

James Goodman
c/o Randall A. Pulman
PULMAN CAPPUCCIO & PULLEN, LLP
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213

By: _/s/ Conor White_____
     Conor P. White, Esq.