Kevin D. McCullough
State Bar No. 00788005
Shannon S. Thomas
State Bar No. 24088442
ROCHELLE MCCULLOUGH, LLP
901 Main Street, Suite 3200
Dallas, Texas 75202
Telephone: (214) 953-0182
Facsimile: (888) 467-5979
Email: kdm@romclaw.com
Email: sthomas@romclaw.com

PROPOSED COUNSEL FOR
THE CHAPTER 7 TRUSTEE

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO. 24-50224 (MMP)** |
| GENESIS NETWORKS TELECOM | § | |
| SERVICES, LLC, | § | |
| | § | **Chapter 7** |
| Debtor. | § | |

**CHAPTER 7 TRUSTEE'S JOINDER TO MOTION OF FEDEX SUPPLY CHAIN LOGISTICS & ELECTRONICS, INC. FOR ORDER DIRECTING RULE 2004 EXAMINATIONS OF (I) THE DEBTOR, (II) ENDEAVOR MANAGED SERVICES, INC., (III) SYMBIONT VENTURES, LLC F/K/A GOODMAN INVESTMENT HOLDINGS LLC AND (IV) JAMES GOODMAN**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Laurie Dahl Rea ("Trustee"), solely in her capacity as the duly-appointed chapter 7 trustee of Genesis Networks Telecom Services, LLC, and filed this joinder (the "Joinder") to the *Motion of FedEx Supply Chain Logistics & Electronics, Inc. for Order Directing Rule 2004 Examinations of (I) the Debtor, (II) Endeavor Managed Services, Inc., (III) Symbiont Ventures, LLC f/k/a Goodman Investment Holdings, LLC and (IV) John Goodman* [Docket No. 63] (the "Motion") in support of which the Trustee would respectfully show as follows:

1. The Trustee hereby joins in the Motion for substantially the reasons as set out in the Motion. The Examinees (as defined in the Motion) are all relevant entities and persons of interest to this case. The Examinees appear to be either the direct recipients or the ultimate beneficiaries of transfer of property of the Debtor.

2. Accordingly, for the reasons set out in the Motion and this Joinder, the Motion should be granted.

WHEREFORE, PREMISES CONSIDERED, the Trustee respectfully requests that the Court enter an order: (i) granting the Motion; (ii) ordering the Rule 2004 Examinations; (iii) ordering the Examinees to fully produce responsive documents to the requests for production attached to the Motion within thirty (30) days; and (iv) granting all such other and further relief as may be appropriate.

Dated: August 7, 2024.   Respectfully submitted,

/s/ Shannon S. Thomas
Kevin D. McCullough
State Bar No. 00788005
Shannon S. Thomas
State Bar No. 24088442
ROCHELLE MCCULLOUGH, LLP
901 Main Street, Suite 3200
Dallas, Texas 75202
Telephone: (214) 953-0182
Facsimile: (214) 953-0185
Email: kdm@romclaw.com
Email: sthomas@romclaw.com

PROPOSED COUNSEL FOR
THE CHAPTER 7 TRUSTEE

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 7, 2024, a true and correct copy of the foregoing document was electronically filed in the above captioned case with the Clerk of the United States Bankruptcy Court by using the CM/ECF system and a copy was served via the Court's CM/ECF Electronic Notice, where available, and via US Mail First Class upon the parties listed below.

| | |
|---|---|
| Symbiont Ventures, LLC<br>1354 N Loop 1604 E<br>San Antonio, TX 78232 | Symbiont Ventures, LLC<br>c/o Capitol Corporate Services, Inc., Registered Agent<br>1501 S Mopac Expy, Ste. 220<br>Austin, TX 78746 |
| Endeavor Managed Services, Inc.<br>1354 N Loop 1604 E<br>San Antonio, TX 78232 | Endeavor Managed Services, Inc.<br>c/o Incorporating Services, Ltd.<br>3610-2 N. Josey, Suite 223<br>Carrollton, TX 75007 |
| James Goodman<br>c/o Randall A. Pulman<br>PULMAN CAPPUCCIO & PULLEN, LLP<br>2161 NW Military Highway, Suite 400<br>San Antonio, Texas 78213 | Genesis Networks Telecom Services, LLC<br>c/o Martin Seidler<br>11107 Wurzbach, Suite 504<br>One Elm Place<br>San Antonio, TX 78230 |

                                              /s/ Shannon S. Thomas
                                              Shannon S. Thomas