**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 02, 2024.**

_____
MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GENESIS NETWORKS TELECOM SERVICES, LLC | § § § | CASE NO. 24-50224-MMP |
| | § | |
| DEBTOR. | § | CHAPTER 7 |

**ORDER DENYING MOTION TO EXPEDITE AND GRANTING ALTERNATIVE RELIEF**

The Court considered *Chapter 7 Trustee's Motion for Expedited Hearing on Joint Motion to Transfer Venue* (ECF No. 82). The Court has determined the *Motion* should be granted as to the Chapter 7 Trustee's alternative relief requesting the Court's hearing on FedEx's *Motion for Order Directing Rule 2004 Examinations* (ECF No. 63) scheduled for October 8, 2024 be changed to a status hearing, but denied as to all other relief. It is, therefore,

**ORDERED** that the above-referenced *Motion* (ECF No. 82) is hereby **GRANTED AS TO THE CHAPTER 7 TRUSTEE'S ALTERNATIVE RELIEF**. It is further

**ORDERED** that the above-referenced *Motion* (ECF No. 82) is hereby **DENIED AS TO ALL OTHER RELIEF**.

# # #