# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND DIVISION

| | |
|---|---|
| CASE NO. 24-50224-mmp　　Chapter 7 | § DEBTOR: Genesis Networks Telecom Services, LLC |
| In Re: Genesis Networks Telecom Services, LLC | § |
| | § JUDGE: Michael M. Parker |
| | § CTRN STAFF |
| WITNESSES: James Goodman | § DATE: November 05, 2024 at 9:30 a.m. |
| | § PARTY'S NAME: Genesis Networks Telecom Services, LLC |
| | § ATTY'S NAME: Martin Seidler |
| | § ATTY'S PHONE (210) 694-0300 |
| | NATURE OF PROCEEDING: Joint Motion to Transfer Venue (ecf # 81) |
| | § |
| | |

## DEBTOR'S EXHIBIT AND WITNESS LIST

| NO | DESCRIPTION | MAR | OFF | OBJECTION | ADM | DATE | Disposition |
|---|---|---|---|---|---|---|---|
| D-1 | Genesis Networks Telecom Services, LLC - Certificate of Formation | | | | | | |
| D-2 | Genesis Networks Telecom Services, LLC - Franchise Tax Report | | | | | | |
| D-3 | Genesis Networks Enterprises, LLC Certificate of Formation | | | | | | |
| D-4 | Genesis Networks Enterprises, LLC Franchise Tax Return | | | | | | |
| D-5 | Debtor's Original Petition (ECF #1) | | | | | | |
| D-6 | Debtor's Schedules (ECF #11) | | | | | | |
| D-7 | Debtor's Amended Schedules (ECF #13) | | | | | | |
| D-8 | | | | | | | |
| D-9 | | | | | | | |
| D-10 | | | | | | | |

(NOTE: This Exhibit List is to be prepared in advance of the date of trial by counsel to parties and furnished to the Court in duplicate and served on opposing counsel)

Debtors reserve the right to offer documents offered by opposing parties and those withheld by opposing parties or that which cannot be read by Debtors' Counsel

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on this 30th day of October, 2024 by email on the following:

Ms. Laurie Dahl Rea, Trustee
ROCHELLE MCCULLOUGH, LLP
300 Throckmorton, Suite 520
Fort Worth, Texas 76102
75202Laurie.Rea@romclaw.com

Ms. Shannon S. Thomas
ROCHELLE MCCULLOUGH, LLP
901 Main Street, Suite 3200
Dallas, Texas
sthomas@romclaw.com

Mr Thomas D.Berghman
Mr. Davor Rukavina
MUNSCH HARDT KOFF & HARR, P.C.
500 N. Akard Street, Suite 4000
Dallas, Texas 75201
tberghman@munsch.com
drukavina@munsch.com

Mr. Adam M. Langley
R. Campbell Hillyer
BUTLER SNOW LLP
6075 Poplar Ave., Suite 500
Memphis, Tennessee 38119
alangley@butlersnow.com
Chillyer@butlersnow.com

Mr. James Muenker
Noah M. Schottenstein
DLA PIPER LLP
1900 N. Pearl Street, Suite 2200
Dallas, Texas 75201
James.muenker@us.dlapiper.com

Mr. Randall Pulman
PULMAN, CAPPUCCIO & PULLEN
2161 N W Military Highway, #400
San Antonio, Texas 78213
rpulman@pulmanlaw.com

Mr. James Goodman
GENESIS NETWORKS TELECOM SERVICES, LLC
103 Tomahawk TrailSan Antonio, Texas 78232
jg62876@gmail.com

Assistant United States Trustee
Ms. Aubrey L. Thomas
615 E. Houston, Suite 533
San Antonio, Texas 78205
aubrey.thomas@usdoj.gov

_____ /s/  Martin Seidler _____
MARTIN SEIDLER

09/30/2008 14:07        Lynch, Chappell & Alsup              (FAX)4326832587           P.002/006

FILED
In the Office of the
Secretary of State of Texas

SEP 30 2008

Corporations Section

## CERTIFICATE OF FORMATION
### OF
### GENESIS NETWORKS TELECOM SERVICES, LLC

**1.** The name of the limited liability company is GENESIS NETWORKS TELECOM SERVICES, LLC (the "Company"), and the address of the principal office of the Company where records are to be kept or made available is 14220 Northbrook, Suite 500, San Antonio, TX 78232.

**2.** The name of the registered agent of the Company is James Goodman, an individual resident of the State of Texas, whose business address is 14220 Northbrook, Suite 500, San Antonio, TX 78232.

**3.** The registered office of the Company is 14220 Northbrook, Suite 500, San Antonio, TX 78232.

**4.** The name of the organizer of the Company is Alan J. Brown, whose address is 300 N. Marienfeld, Suite 700, Midland, Texas 79701.

**5.** The purpose of the Company is to engage in any business, activity or any other lawful purpose of a limited liability company under Texas law.

**6.** The number of initial Manager of the Company is one (1). The name and mailing address of the initial Manager of the Company is as follows:

| Name | Mailing Address |
|------|-----------------|
| GENESIS NETWORKS ENTERPRISES, LLC | 14220 Northbrook, Suite 500 San Antonio, TX 78232 |

EXECUTED this 25th day of September, 2008.

### ORGANIZER:

Alan J. Brown

EXHIBIT

A-1

Certificate of Formation
Page 1

## CONSENT TO USE OF NAME

For a valuable consideration, the receipt of which is hereby acknowledged, GENESIS NETWORKS, INC. hereby consents to the use of the name GENESIS NETWORKS TELECOM SERVICES, LLC and any other corporate name which contains the words "GENESIS NETWORKS" for purposes of its incorporation as a limited liability company in the State of Texas. The undersigned also agrees to provide such other written assurances and consents as may be required to permit the use of the above corporate name.

DATED this 25th day of September, 2008.

GENESIS NETWORKS, INC.

By: _____

Sean Nelson, Vice President



05-102
(Rev.9-15/33)
FORM

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ **Tcode** 13196 Franchise

| ■ Taxpayer number | | | | | | | | | ■ Report year | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 2 | 0 | 3 | 8 | 0 | 5 | 7 | 4 | 6 | 2 | 2 | 0 | 2 | 3 |

*You have certain rights under Chapter 552 and 559,*
*Government Code, to review, request and correct information*
*we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name  **GENESIS NETWORKS TELECOM SERVICES LLC**    ○ Blacken circle if the mailing address has changed.

Mailing address  **1354 N LOOP 1604 E STE 103**   Secretary of State (SOS) file number or Comptroller file number

| City **SAN ANTONIO** | State **TX** | ZIP code plus 4 **78232** | **0801035343** |
|---|---|---|---|

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office  **1354 N LOOP 1604 E STE 103, SAN ANTONIO, TX, 78232**
Principal place of business  **1354 N LOOP 1604 E STE 103, SAN ANTONIO, TX, 78232**

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

***Please sign below!*** **This report must be signed to satisfy franchise tax requirements.**

1000000000015

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name **GENESIS NETWORKS ENTERPRISE** | Title **MANAGER** | Director ○ YES | Term expiration | m m d d y y |
|---|---|---|---|---|
| Mailing address **1354 N LOOP 1604 E STE 103** | City **SAN ANTONIO** | State **TX** | ZIP Code **78232** | |
| Name | Title | Director ○ YES | Term expiration | m m d d y y |
| Mailing address | City | State | ZIP Code | |
| Name | Title | Director ○ YES | Term expiration | m m d d y y |
| Mailing address | City | State | ZIP Code | |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution **GENESIS NETWORKS ENTERPRISES LLC** | State of formation **TX** | Texas SOS file number, if any **0800981652** | Percentage of ownership **100.000** |
|---|---|---|---|

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:  **CAPITOL CORPORATE SERVICES, INC.**

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

| Office: **1501 S MOPAC EXPY STE 220** | City **AUSTIN** | State **TX** | ZIP Code **78746** |
|---|---|---|---|

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here ▶ | **JAMES GOODMAN** | Title **MEMBER** | Date **11/13/2023** | Area code and phone number **( 210 ) 489 - 6630** |
|---|---|---|---|---|

## Texas Comptroller Official Use Only

| VE/DE ○ | PIR IND ○ |
|---|---|

**EXHIBIT**

A - 2

05/21/2008 16:48      Lynch, Chappell & Alsup        (FAX)4326832587          P. 003/006

**FILED**
In the Office of the
Secretary of State of Texas

MAY 2 1 2008

**Corporations Section**

## CERTIFICATE OF FORMATION
## OF
## GENESIS NETWORKS ENTERPRISES, LLC

**1.** The name of the limited liability company is Genesis Networks Enterprises, LLC (the "Company"), and the address of the principal office of the Company where records are to be kept or made available is 14220 Northbrook, Suite 500, San Antonio, TX 78232.

**2.** The name of the registered agent of the Company is James Goodman, an individual resident of the State of Texas, whose business address is 14220 Northbrook, Suite 500, San Antonio, TX 78232.

**3.** The registered office of the Company is 14220 Northbrook, Suite 500, San Antonio, TX 78232.

**4.** The name of the organizer of the Company is Alan J. Brown, whose address is 300 N. Marienfeld, Suite 700, Midland, Texas 79701.

**5.** The purpose of the Company is to engage in any business, activity or any other lawful purpose of a limited liability company under Texas law.

**6.** The number of initial Manager of the Company is one (1) . The name and mailing address of the initial Manager of the Company is as follows:

| **Name** | **Mailing Address** |
|---|---|
| James Goodman | 14220 Northbrook, Suite 500 San Antonio, TX 78232 |

EXECUTED this **21st** day of ___May___, 2008.

**ORGANIZER:**

_____
Alan J. Brown

**EXHIBIT**

D-3

mm-1:\M\MARQUEZ\AJB\CLIENTS\M - F\Morish Investment\Genesis Networks\Genesis Networks Enterprises LLC formation
Certificate of Formation
Page 1

142837 P 280701

TX2023   05-102
Ver **14.0**  (Rev. 9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ **Tcode**   13196

| ■ Taxpayer number | ■ Report year | You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381 |
|---|---|---|
| 12642019926 | 2023 | |

| Taxpayer name  GENESIS NETWORKS ENTERPRISES LLC | ■ | Check box if the mailing address has changed |
|---|---|---|
| Mailing address  1354 N. LOOP 1604 EAST, SUITE 103 | | Secretary of State (SOS) file number or Comptroller file number |
| City  SAN ANTONIO  State TX  ZIP code plus 4  78232 | | 0800981652 |

☐ Check box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office  1354 N. LOOP 1604 EAST, SUITE 103, SAN ANTONIO, TX  78232

Principal place of business  1354 N. LOOP 1604 EAST, SUITE 103, SAN ANTONIO, TX  78232

You must report officer, director, member, general partner and manager information as of the date you complete this report.

*Please sign below!*

**This report must be signed to satisfy franchise tax requirements.**

1264201992623

## SECTION A   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | Term expiration | m m  d d  y y |
|---|---|---|---|---|---|
| JAMES E. GOODMAN, JR. | MEMBER | ☐ YES | | | |
| Mailing address  1354 N. LOOP 1604 E, STE 10  City SAN ANTONIO  State TX  ZIP Code 78232 | | | | | |
| Name | Title | ☐ YES | | Term expiration | m m  d d  y y |
| Mailing address | City | | | State | ZIP Code |
| Name | Title | ☐ YES | | Term expiration | m m  d d  y y |
| Mailing address | City | | | State | ZIP Code |

## SECTION B   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| GENESIS NETWORKS TELECOM SERVICES | TX | 0801035343 | 100.00 |
| GENESIS NETWORKS GLOBAL SERVICES | TX | 0801035270 | 100.00 |

## SECTION C   Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file (see instructions if you need to make changes)

Agent: CAPITOL CORPORATE SERVICES INC

You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.

Office: 1501 S MOPAC EXPY STE 220  City AUSTIN  State TX  ZIP Code 78746

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here ▶ | Title  MEMBER | Date | Area code and phone number  (210) 489-6630 |
|---|---|---|---|

Texas Comptroller Official Use Only

| VE/DE ☐ | PIR IND ☐ |
|---|---|

1019

**EXHIBIT**

A-4

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**WESTERN DISTRICT OF TEXAS**

Case number (if known): _____     Chapter ___7___

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Genesis Networks Telecom Services, LLC** |
| 2. | All other names debtor used in the last 8 years | **aka Genesis-ATC** |
| | Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | _3_ _5_ – _2_ _3_ _7_ _8_ _8_ _8_ _2_ |

4. Debtor's address

Principal place of business

**1354 N. Loop 1604 E, Suite 103**
Number    Street

**San Antonio**     **TX**     **78232**
City                State     ZIP Code

**Bexar**
County

Mailing address, if different from principal place of business

Number    Street

P.O. Box

City                State     ZIP Code

Location of principal assets, if different from principal place of business

Number    Street

City                State     ZIP Code

5. Debtor's website (URL) _____

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

**EXHIBIT**

A-5

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          1

Debtor  **Genesis Networks Telecom Services, LLC**  Case number (if known) _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☒ Chapter 7
☐ Chapter 9
☐ Chapter 11.  *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor __Genesis Networks Telecom Services, LLC_____  Case number (if known) _____

| | | | |
|---|---|---|---|
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br><br>☐ Yes. District _____ When _____ Case number _____<br> MM / DD / YYYY<br><br>District _____ When _____ Case number _____<br> MM / DD / YYYY<br><br>District _____ When _____ Case number _____<br> MM / DD / YYYY | |

| | | |
|---|---|---|
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br><br>☐ Yes. Debtor _____ Relationship _____<br><br>District _____ When _____<br> MM / DD / YYYY<br>Case number, if known _____<br><br>Debtor _____ Relationship _____<br><br>District _____ When _____<br> MM / DD / YYYY<br>Case number, if known _____ |

| | | |
|---|---|---|
| 11. | **Why is the case filed in this district?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

Debtor  **Genesis Networks Telecom Services, LLC** _____   Case number (if known) _____

| | | |
|---|---|---|
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No |
| | | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?**   *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**
_____
Number          Street

_____

_____
City                                      State      ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency  _____
Contact name  _____
Phone  _____

---

### ▮ **Statistical and adminstrative information**

| | | |
|---|---|---|
| 13. | **Debtor's estimation of available funds** | *Check one:* |
| | | ☐ Funds will be available for distribution to unsecured creditors. |
| | | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| | | |
|---|---|---|
| 14. | **Estimated number of creditors** | |

| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15.  Estimated assets**

| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☑ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor  **Genesis Networks Telecom Services, LLC** _____  Case number (if known) _____

| **Request for Relief, Declaration, and Signatures** |
| --- |

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/19/2024** _____
         MM / DD / YYYY

X  **/s/ Tina Younts** _____
   Signature of authorized representative of debtor
   **Tina Younts** _____
   Printed name
   **Executive Assistant/SupplierDiversityM** _____
   Title

18. **Signature of attorney**

X  **/s/ Martin Seidler** _____  Date  **02/19/2024** _____
   Signature of attorney for debtor              MM / DD / YYYY

   **Martin Seidler** _____
   Printed name
   **Law Offices of Martin Seidler** _____
   Firm name
   **11107 Wurzbach** _____
   Number       Street
   **Suite 504** _____

   **San Antonio** _____  **TX**  **78230-2592** _____
   City                State  ZIP Code

   **(210) 694-0300** _____  **Marty@Seidlerlaw.com** _____
   Contact phone              Email address
   **18000800** _____  **TX** _____
   Bar number               State

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

In re  **Genesis Networks Telecom Services, LLC**　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter　**7**　_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept.................................................................... | **$7,800.00** |
| Prior to the filing of this statement I have received........................................................ | **$7,800.00** |
| Balance Due..................................................................................................................... | **$0.00** |

2. The source of the compensation paid to me was:

　　□ Debtor　　　　　☑ Other (specify)
　　　　　　　　　　　　**Genesis Networks Enterprises**

3. The source of compensation to be paid to me is:

　　□ Debtor　　　　　☑ Other (specify)
　　　　　　　　　　　　**Genesis Networks Enterprises**

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

　　□ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

　　a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

　　b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

　　c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 02/19/2024 | /s/ Martin Seidler | |
|---|---|---|
| *Date* | *Martin Seidler* | Bar No. 18000800 |
| | Law Offices of Martin Seidler | |
| | 11107 Wurzbach | |
| | Suite 504 | |
| | San Antonio, TX 78230-2592 | |
| | Phone: (210) 694-0300 / Fax: (210) 690-9886 | |

---

**/s/ Tina Younts**

*Tina Younts*
*Executive Assistant/SupplierDiversityMgr*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:  **Genesis Networks Telecom Services, LLC**

CASE NO

CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  2/19/2024

Signature   /s/ Tina Younts
*Tina Younts*
*Executive Assistant/SupplierDiversityMgr*

Date

Signature

```
Arris Solutions, Inc.
c/o Amy Ruhland/DLA PIPER LLP
303 Colorado St. #3000
Austin, TX  78701


Arris Solutions, Inc.
3871 Lakefield Dr.#300
Suwanee, GA  30024


AT & TSvcs, Inc./Christin Jones
Kilpatrick,Twnsend &Stockton
2001 Ross Ave. #4400
Dallas, TX  7501


Carl Obermiller, Stinson
1201 Walnut Street, Suite 2900
Kansas City, MO 64106


Dist. Clerk #2021 CI 24147
101 W. Nueva #217
San Antonio, TX  78205


Dist. Clerk #DC 21-00837
600 Commerce St. #103
Dallas, TX 75202


Dist. Clrk. #3:32CV 02397 S
1100 Commerce St. #1452
Dallas, TX  75243


FedEX Supply Chain Logistics&Elec.
1612 HUTTON DR STE 120
Carrollton, TX 75006-6675


FedEX Supply Chain Logistics&Elec.
c/o THE CORP TRUST CO
1209 ORANGE ST.
WILMINGTON, DE. 19801
```

FedEX Supply ChainLogst&Elec.
c/o SKeenanCarter/Butler Snow
6075 Poplar Ave #500
Memphis, TN  38119


GNET ATC, LLC
c/o Theodore Geiger
85 Broad St. 18th Fl.
New York, N. Y. 10004


GNET ATC, LLC.
c/o Goodman Networks
6505 W. Park Blvd. #306
Plano, TX  75093


Goodman Networks, Inc.
2801 Networks Blvd. #300
Frisco, X  75034


Goodman Networks, Inc.
c/o David Parham
2001 Ross Ave. #3600
Dallas, TX  75201


Goodman Networks, LLC
c/o Scott Seidel, Trustee
6505 W. Park Blvd. #306
Plano, TX  75093


Matthias Kleinsasser
Winstead, PC
300 Throckmorton St. #1700
Ft. Worth, TX  76102


Network Investments, LLC
3820 N. Louise Ave.
P. O. Box 5114
Sioux Falls, SD  57117


Scott Seidel/Trustee Goodman Networks
c/o Davor Rukavina
500 N. Akard St. #3800
Dallas, TX  75201

```
Scott Seidel/Trustee Goodman Networks
6505 W. Park Blvd. #306
Plano, TX  75093


Scott Seidel/Trustee Goodman Networks
c/o Michael Quilling
2001 Bryan St. #1800
Dallas, TX  75201


U. S. Trustee
1100 Commerce St. Rm 976
Dallas, TX  75242


U. S. Trustee
615 E. Houston St., #533
San Antonio, Texas 78205


U.S. Bankrtcy Clerk #22-31641
1100 Commerce St. #1254
Dallas, TX  75242


U.S.Bankrtcy ClerkAdv.23-03035
1100 Commerce St. #1254
Dallas, TX  75242


Vedder Price/David Rownd
1633 Broadway 31st Floor
New York, N. Y.  10019


Wistrom Neweb Corporation
c/o Jacob Englander
747 3rd Ave. 16th Fl.
New York, NY  10017
```

**Fill in this information to identify the case:**

Debtor Name  **Genesis Networks Telecom Services, LLC**

United States Bankruptcy Court for the:  **WESTERN DISTRICT OF TEXAS**

Case number (if known):  **24-50224**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1:    Summary of Assets

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B......................................................... | **$1.00**

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B...................................................... | **$244,302.12**

    1c. **Total of all property**
    Copy line 92 from Schedule A/B........................................................ | **$244,303.12**

### Part 2:    Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.......................... | **$0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F.................................... | **$0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F...................... | **+ $105,018,748.41**

4. **Total liabilities**
    Lines 2 + 3a + 3b........................................................................... | **$105,018,748.41**


EXHIBIT
1-6

**Fill in this information to identify the case**

| | |
|---|---|
| Debtor name | **Genesis Networks Telecom Services, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | **24-50224** |

☐ Check if this is an amended filing

## Official Form 206A/B

### Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

2.  **Cash on hand** _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Checking account  Texas Partners Bank (Trust account with Arris & Genesis)** | Checking account | 9  9  9  3 | $228,987.38 |
| 3.2. | **Merchant account Paypal** | Checking account | J  L  S  S | $0.00 |

4.  **Other cash equivalents** *(Identify all)*

Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.  **$228,987.38**

### Part 2:  Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| Debtor | **Genesis Networks Telecom Services, LLC** | Case number (if known) | **24-50224** |
|---|---|---|---|
| | Name | | |

| | | | Current value of debtor's interest |
|---|---|---|---|
| 7. | **Deposits, including security deposits and utility deposits** | | |
| | Description, including name of holder of deposit | | |
| 7.1. | **Security Deposit with Trailcrest Office, LLC** | | **$15,314.74** |
| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | | |
| | Description, including name of holder of prepayment | | |
| 9. | **Total of Part 2.** Add lines 7 through 8. Copy the total to line 81. | | **$15,314.74** |

### Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes.  Fill in the information below.

11. **Accounts receivable**

Current value of debtor's interest

| 11a. 90 days old or less: | **$0.00** | – | **$0.00** | = ............. → | **$0.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | **$31,129.00** | – | **$31,129.00** | = ............. → | **$0.00** |
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**$0.00**

### Part 4:   Investments

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity: | % of ownership: | |
| 16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |
| 17. **Total of Part 4** Add lines 14 through 16. Copy the total to line 83. | | **$0.00** |

### Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes.  Fill in the information below.

| Debtor | **Genesis Networks Telecom Services, LLC** | | Case number (if known) | 24-50224 |
|---|---|---|---|---|
| | Name | | | |

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$0.00

**24. Is any of the property in Part 5 perishable?**
☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **28. Crops—either planted or harvested** | | | | |
| **29. Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | | |

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor   **Genesis Networks Telecom Services, LLC**                    Case number (if known)   **24-50224**
_____Name_____

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39. **Office furniture**

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.    | $0.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
☐ Yes

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.   | $0.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

| Debtor | **Genesis Networks Telecom Services, LLC** | Case number (if known) | **24-50224** |
|---|---|---|---|
| | Name | | |

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1. **lease 1354 N. Loop 1604 E, San Antonio, TX**<br>**lease 1354 N. Loop 1604 E, San Antonio, TX** | Leasehold | | | $1.00 |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

$1.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10: Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** | | | |

**66. Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.

$0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☐ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

| Debtor | **Genesis Networks Telecom Services, LLC** | Case number (if known) | **24-50224** |
|---|---|---|---|
| | Name | | |

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **71. Notes receivable** | |
| Description (include name of obligor) | |
| **72. Tax refunds and unused net operating losses (NOLs)** | |
| Description (for example, federal, state, local) | |
| **73. Interests in insurance policies or annuities** | |
| **74. Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| **75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| **76. Trusts, equitable or future interests in property** | |
| **77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| **78. Total of Part 11.** | |
| Add lines 71 through 77. Copy the total to line 90. | $0.00 |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No
☐ Yes

Debtor   **Genesis Networks Telecom Services, LLC**               Case number (if known)   **24-50224**
_____
Name

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | **$228,987.38** | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | **$15,314.74** | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $0.00 | |
| 83. **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $0.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $0.00 | |
| 88. **Real property.** Copy line 56, Part 9............................................➔ | | $1.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column.  91a. | **$244,302.12** | + 91b. **$1.00** |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92 ......................................................................................  **$244,303.12**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **Genesis Networks Telecom Services, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | **24-50224** |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.
☐ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

**2.1**   **Priority creditor's name and mailing address**

_____
_____
_____

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

_____
_____

**Basis for the claim:**

_____

**Date or dates debt was incurred**

_____

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**   ___  ___  ___  ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(_____ )

| Debtor | **Genesis Networks Telecom Services, LLC** | Case number (if known) | **24-50224** |
|---|---|---|---|

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| **3.1** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Arris Solutions, Inc.** | ☐ Contingent | |
| **c/o Amy Ruhland/DLA PIPER LLP** | ☑ Unliquidated | |
| **303 Colorado St. #3000** | ☑ Disputed | |
| | Basis for the claim: | |
| | **Disputed business debt** | |
| **Austin**     **TX**    **78701** | | |
| Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No ☐ Yes | |

| **3.2** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Arris Solutions, Inc.** | ☐ Contingent | |
| **3871 Lakefield Dr.#300** | ☐ Unliquidated | |
| | ☑ Disputed | |
| | Basis for the claim: | |
| **Suwanee**     **GA**    **30024** | **Disputed business debt** | |
| Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No ☐ Yes | |

| **3.3** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,000,000.00** |
|---|---|---|
| **AT & TSvcs, Inc./Christin Jones** | ☐ Contingent | |
| **Kilpatrick,Twnsend &Stockton** | ☐ Unliquidated | |
| **2001 Ross Ave. #4400** | ☑ Disputed | |
| **Dallas, TX 7501** | Basis for the claim: | |
| | **Arbitration Award** | |
| Date or dates debt was incurred **2020** | Is the claim subject to offset? | |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No ☐ Yes | |

| **3.4** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$62,034.44** |
|---|---|---|
| **Carl Obermiller, Stinson** | ☐ Contingent | |
| **1201 Walnut Street, Suite 2900** | ☐ Unliquidated | |
| | ☐ Disputed | |
| | Basis for the claim: | |
| **Kansas City**     **MO**    **64106** | **Business debt** | |
| Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No ☐ Yes | |

| Debtor | **Genesis Networks Telecom Services, LLC** | Case number (if known) | **24-50224** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.5** Nonpriority creditor's name and mailing address

Dist. Clerk #2021 CI 24147

101 W. Nueva #217

San Antonio        TX        78205

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**Unknown**

---

**3.6** Nonpriority creditor's name and mailing address

FedEX Supply Chain Logistics&Elec.

1612 HUTTON DR STE 120

Carrollton        TX        75006-6675

Date or dates debt was incurred        2021

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Basis for the claim:
**disputed claim**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$80,000,000.00**

---

**3.7** Nonpriority creditor's name and mailing address

Vedder Price/David Rownd

1633 Broadway 31st Floor

New York, N. Y. 10019

Date or dates debt was incurred        various

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**attorney fees**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

**3.8** Nonpriority creditor's name and mailing address

Wistron Neweb Corporation

c/o Jacob Englander

747 3rd Ave. 16th Fl.

New York        NY        10017

Date or dates debt was incurred        9/23

Last 4 digits of account number ___ ___ ___ ___

22 CIVIL 2538 Dist Ct. SDNY

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Judgment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$12,956,713.97**

---

| Debtor | **Genesis Networks Telecom Services, LLC** | | Case number (if known) | **24-50224** |
|--------|---------|---|---------|---------|

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| **4.1** | Aldo Rivera<br>c/o Ramin Younessi<br>3435 Wilshire Blvd. #220<br><br>Lost Angeles   CA   90010 | Line _____<br>☑ Not listed. Explain:<br>**Disputed business debt** | __ __ __ __ |
| **4.2** | Dist. Clerk #2024 CI 03321<br>101 W. Nueva #217<br><br>San Antonio   TX   78205 | Line _____<br>☑ Not listed. Explain:<br>**Notice only** | __ __ __ __ |
| **4.3** | Dist. Clerk #DC 21-00837<br>600 Commerce St. #103<br><br>Dallas   TX   75202 | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| **4.4** | Dist. Clrk. #3:32CV 02397 S<br>1100 Commerce St. #1452<br><br>Dallas   TX   75243 | Line _____<br>☑ Not listed. Explain:<br>**Notice only** | __ __ __ __ |
| **4.5** | FedEX Supply Chain Logistics&Elec.<br>c/o THE CORP TRUST CO<br>1209 ORANGE ST.<br><br>WILMINGTON   DE   19801 | Line _____<br>☑ Not listed. Explain:<br>**disputed claim** | __ __ __ __ |
| **4.6** | FedEX Supply ChainLogst&Elec.<br>c/o SKeenanCarter/Butler Snow<br>6075 Poplar Ave #500<br><br>Memphis   TN   38119 | Line _____<br>☑ Not listed. Explain:<br>**disputed claim** | __ __ __ __ |

~ Debtor   **Genesis Networks Telecom Services, LLC**            Case number (if known)   **24-50224**

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| **4.7** | GNET ATC, LLC<br>c/o Theodore Geiger<br>85 Broad St. 18th Fl.<br>New York, N. Y. 10004 | Line _____<br>☑ Not listed.  Explain:<br>   **Notice Only** | __ __ __ __ |
| **4.8** | Goodman Networks, Inc.<br>c/o David Parham<br>2001 Ross Ave. #3600<br><br>Dallas           TX      75201 | Line _____<br>☑ Not listed.  Explain:<br>   **Notice Only** | __ __ __ __ |
| **4.9** | Goodman Networks, Inc.<br>2801 Networks Blvd. #300<br>Frisco, X  75034 | Line _____<br>☑ Not listed.  Explain:<br>   **Notice Only** | __ __ __ __ |
| **4.10** | Goodman Networks, LLC<br>c/o Scott Seidel, Trustee<br>6505 W. Park Blvd. #306<br><br>Plano           TX      75093 | Line _____<br>☑ Not listed.  Explain:<br>   **Notice Only** | __ __ __ __ |
| **4.11** | Insight Global, LLC<br>1224 Hammond Drive. #1500<br><br>Dunwoody        GA      30346 | Line _____<br>☑ Not listed.  Explain:<br>   **Notice Only** | __ __ __ __ |
| **4.12** | Matthias Kleinsasser<br>Winstead, PC<br>300 Throckmorton St. #1700<br><br>Ft. Worth        TX      76102 | Line _____<br>☑ Not listed.  Explain:<br>   **Notice Only** | __ __ __ __ |
| **4.13** | Network Investments, LLC<br>3820 N. Louise Ave.<br>P. O. Box 5114<br><br>Sioux Falls      SD      57117 | Line _____<br>☑ Not listed.  Explain:<br>   **Notice Only** | __ __ __ __ |

| Debtor | **Genesis Networks Telecom Services, LLC** | Case number (if known) **24-50224** |
|---|---|---|

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.14** **Scott Seidel/Trustee Goodman Networks**
c/o **Michael Quilling**
**2001 Bryan St. #1800**

**Dallas**　　　**TX**　　**75201**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.15** **Scott Seidel/Trustee Goodman Networks**
**6505 W. Park Blvd. #306**

**Plano**　　　**TX**　　**75093**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.16** **Scott Seidel/Trustee Goodman Networks**
c/o **Davor Rukavina**
**500 N. Akard St. #3800**

**Dallas**　　　**TX**　　**75201**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.17** **Sup. Ct. Clrk. 24STLC01622**
**312 N. Spring St.**

**Los Angeles**　　　**CA**　　**90012**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.18** **U. S. Trustee**
**1100 Commerce St. Rm 976**

**Dallas**　　　**TX**　　**75242**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.19** **U.S. Bankrtcy Clerk #22-31641**
**1100 Commerce St. #1254**

**Dallas**　　　**TX**　　**75242**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.20** **U.S.Bankrtcy ClerkAdv.23-03035**
**1100 Commerce St. #1254**

**Dallas**　　　**TX**　　**75242**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

| Debtor | **Genesis Networks Telecom Services, LLC** | Case number (if known) | **24-50224** |
|---|---|---|---|

### Part 3:  Additional Page for Others to Be Notified About Unsecured Claims

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.21**  **Wistron Neweb Corporation**

**20 Park Avenue II,Hsinchu Science PK**

**Hsinchu 308, Taiwan**

Line _____

☑  Not listed.  Explain:

**Judgment**

___  ___  ___  ___

**4.22**  **Wistron Neweb Corporation**

**c/o Steve A. Chiscano**

**9601 McAllister Freeway #401**

**San Antonio          TX          78216**

Line _____

☑  Not listed.  Explain:

**Judgment**

___  ___  ___  ___

Debtor   **Genesis Networks Telecom Services, LLC**                    Case number (if known)   __24-50224__

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$105,018,748.41** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$105,018,748.41** |

---

**Fill in this information to identify the case:**

Debtor name **Genesis Networks Telecom Services, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **24-50224**
(if known)

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| _____ | | _____ | _____ |
| **Creditor's mailing address** | |
| _____ | **Describe the lien** |
| _____ | _____ |
| _____ | **Is the creditor an insider or related party?** |
| | ☐ No |
| **Creditor's email address, if known** | ☐ Yes |
| _____ | **Is anyone else liable on this claim?** |
| **Date debt was incurred** _____ | ☐ No |
| **Last 4 digits of account number** __ __ __ __ | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply. |
| ☐ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor, and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$0.00**

| Fill in this information to identify the case: |
|---|

| Debtor name | **Genesis Networks Telecom Services, LLC** |
|---|---|
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | **24-50224** | Chapter **7** |

☐ Check if this is an amended filing

### Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                         12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.** **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2.** List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | lease of 1354 N. Loop 1604 E. Suite 103, San Antonio, TX 78232 (along with funishings) Lease if $11568 plus CAM through 12/31/25 Contract to be REJECTED | **Trail Crest Office, LLC** |
|---|---|---|---|
| | | | **3834 Spicewood Springs Rd.#202** |
| | State the term remaining | 22 payment(s) | |
| | List the contract number of any government contract | | **Austin**                    **TX**      **78759** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Genesis Networks Telecom Services, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | **24-50224** |

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1  **GNET ATC, LLC.** | **c/o Goodman Networks** <br> Number   Street <br> **6505 W. Park Blvd. #306** <br><br> **Plano**            **TX**   **75093** <br> City                       State  ZIP Code | **Wistron Neweb Corporation** | ☐ D <br> ☑ E/F <br> ☐ G |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Genesis Networks Telecom Services, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | **24-50224** |

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

**1. Gross revenue from business**

☐ None

**Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year**

Sources of revenue
Check all that apply.

Gross revenue
(before deductions and exclusions

| | | | | | |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2024** MM / DD / YYYY to | Filing date | ☑ Operating a business<br>☐ Other | | **$0.00** |
| **For prior year:** | From **01/01/2023** MM / DD / YYYY to | **12/31/2023** MM / DD / YYYY | ☑ Operating a business<br>☐ Other | | **$0.00** |
| **For the year before that:** | From **01/01/2022** MM / DD / YYYY to | **12/31/2022** MM / DD / YYYY | ☑ Operating a business<br>☐ Other | | **$11,970,365.09** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

Description of sources of revenue

Gross revenue
from each source
(before deductions
and exclusions

| | | | | | |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2024** MM / DD / YYYY to | Filing date | | | **$0.00** |
| **For prior year:** | From **01/01/2023** MM / DD / YYYY to | **12/31/2023** MM / DD / YYYY | | | **$0.00** |
| **For the year before that:** | From **01/01/2022** MM / DD / YYYY to | **12/31/2022** MM / DD / YYYY | **APA (plus debt assumption)** | | **$3,000,000.00** |

| Debtor | **Genesis Networks Telecom Services, LLC** | Case number (if known) | **24-50224** |
|---|---|---|---|
| | Name | | |

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575.  (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575.  (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **See reply to question 13 below** | | | **see reply to question 13 below to** |
| | Insider's name | | | **the extent applicable, if any.** |
| | Street | | | |
| | | | | |
| | City                State    ZIP Code | | | |
| | **Relationship to debtor** | | | |

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Texas Partners Bank** | **setoff against $228,987.38 deposit** | **2023/2024** | **$228,987.38** |
| Creditor's name | | | |
| Street | | | |
| **San Antonio          TX** | Last 4 digits of account number: XXXX- **9   9   9   3** | | |
| City          State    ZIP Code | | | |

| Debtor | **Genesis Networks Telecom Services, LLC** | Case number (if known) | **24-50224** |
|---|---|---|---|
| | Name | | |

## Part 3:  Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **At&T Services, Inc. v. Genesis Networks Telecom Services, LLC** | **Suit to enforce arbitration award** | **193rd Judicial District Court** <br> Name <br><br> **600 Commerce St.** <br> Street | ☒ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **DC21-00837** | | **Dallas**     **TX**   **75202** <br> City     State   ZIP Code | |
| 7.2. | Case title <br> **Wistron Neweb Corp. V. Genesis Networks Telecom Services, LLCand GNET ATC, LLC** | Nature of case <br> **Breach of contract** | Court or agency's name and address <br> **US Dist. Ct.  S. D. N. Y.** <br> Name <br><br> Street | Status of case <br> ☐ Pending <br> ☐ On appeal <br> ☒ Concluded |
| | Case number <br> **22CV 2538** | | **New York**     **NY** <br> City     State   ZIP Code | |
| 7.3. | Case title <br> **Arris Solutions, Inv. V. Goodman Networks, et. al** | Nature of case <br> **breach of contract/fraud** | Court or agency's name and address <br> **166th Dist Ct.** <br> Name <br><br> **101 E. Nueva** <br> Street | Status of case <br> ☒ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **2021 CI 24147** | | **San Antonio**     **TX**   **78205** <br> City     State   ZIP Code | |
| 7.4. | Case title <br> **Arris Solutions, Inc. v. Goodman Networks, et. al.** | Nature of case <br> **removed state court action** | Court or agency's name and address <br> **U. S. Bankruptcy Ct. WD Tex** <br> Name <br><br> **615 East Houston St.  #597** <br> Street | Status of case <br> ☒ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **23-05033** | | **San Antonio**     **TX**   **78205** <br> City     State   ZIP Code | |
| 7.5. | Case title <br> **Arris Solutions, Inc. v. Goodman Networks, et. al.** | Nature of case <br> **transferred case from W.D. Tex. adv. (abated until status conference 3/19/24)** | Court or agency's name and address <br> **U. S. Bankruptcy Ct.  N. Dist. Tx** <br> Name <br><br> Street | Status of case <br> ☒ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **23-03035 mvl** | | **Dallas**     **TX** <br> City     State   ZIP Code | |

| Debtor | **Genesis Networks Telecom Services, LLC** | | Case number (if known) | **24-50224** |
|---|---|---|---|---|
| | Name | | | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.6. | **FedEx Supply Chain Logistics & Electronics, Inc.** | **Fraud, RICO, etc.** | **U.S. Dist. Ct. N. Dist. Texas** <br> Name <br> **1100 Commerce St. #1452** <br> Street | ☒ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **3-23 CV 02397 S** | | **Dallas**    **TX**   **75242** <br> City     State   ZIP Code | |
| 7.7. | Case title <br> **Wistron Neweb Corp. V. Genesis Networks Telecom Services, LLCand GNET ATC, LLC** | Nature of case <br> **Registration of Foreign Judgment** | Court or agency's name and address <br> **150th Judicial District Court** <br> Name <br> **101 E. Nueva** <br> Street | Status of case <br> ☒ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **2024 CI 03321** | | **San Antonio**    **TX**   **78205** <br> City     State   ZIP Code | |
| 7.8. | Case title <br> **Aldo Rivera v. GNET ATC, LLC, Genesis Networks Telecom Services, LLC and Insigt Global, LLC** | Nature of case <br> **Labor wage dispute** | Court or agency's name and address <br> **Superior Court, County of Los Angeles** <br> Name <br> <br> Street | Status of case <br> ☒ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **24 STLC 01622** | | **Los Angeles**    **CA** <br> City     State   ZIP Code | |

**8.**    **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Part 4: | **Certain Gifts and Charitable Contributions** |
|---|---|

**9.**    **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Part 5: | **Certain Losses** |
|---|---|

**10.**   **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Debtor | **Genesis Networks Telecom Services, LLC** | | Case number (if known) | **24-50224** |
|---|---|---|---|---|
| | Name | | | |

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **LAW OFFICES OF MARTIN SEIDLER** | | **02/15/2024** | **$7,800.00** |

**Address**

**One Elm Place, Suite 504**
Street
**11107 Wurzbach Road**

| **San Antonio** | **TX** | **78230** |
|---|---|---|
| City | State | ZIP Code |

**Email or website address**

_____

**Who made the payment, if not debtor?**

**Genesis Networks Enterprises**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Endeavor Managed Services, Inc.** | **Asset sale with assumption of debt (approx. $3,000,000 in assumed debt for substantially all of the debtor's assets.** | **5/31/22** | **$3,000,000.00** |

**Address**

**1354 N. Loop 1604 E. #103**
Street

| **San Antonio** | **TX** | **78232** |
|---|---|---|
| City | State | ZIP Code |

**Relationship to debtor**

**affiliate**

| Debtor | **Genesis Networks Telecom Services, LLC** | | Case number (if known) | **24-50224** |
|---|---|---|---|---|
| | Name | | | |

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|

13.2. **Endeavor Managed Services, Inc.** | **Transition services agreement** | **7/2/22**

**Address**

**1354 N. Loop 1604 E., Suitge 103**
Street

**San Antonio**      **TX**      **78232**
City                 State    ZIP Code

**Relationship to debtor**
**buyer**

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|

13.3. **Endeavor Managed Services, Inc.** | **Debtor sold its contracts to Endeavor in 2022, but some of the customers still paid Genesis. Genesis would transfer such payments to Endeavor, the owner as received since the date of the sale up through early 2023. (See records provided to trustee for more detail).** | **various**

**Address**

**1354 N. Loop 1604 E. #103**
Street

**San Antonio**      **TX**
City                 State    ZIP Code

**Relationship to debtor**
**Affilliate**

---

## Part 7:      Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

**Address**                                                    Dates of occupancy

14.1. **600 N. Loop 1604 E.**                                 From _____   To _____
Street

**San Antonio**                    **TX**      **78232**
City                               State    ZIP Code

| Debtor | **Genesis Networks Telecom Services, LLC** | Case number (if known) | **24-50224** |
|---|---|---|---|
| | Name | | |

---

**Part 8:**   **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

---

**Part 9:**   **Personally Identifiable Information**

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained  _____

     Does the debtor have a privacy policy about that information?
     ☐ No.
     ☐ Yes.

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
     ☐ No.  Go to Part 10.
     ☐ Yes.  Fill in below:

---

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. **Texas Partners Bank** <br> Name <br><br> Street <br><br> **San Antonio**   **TX** <br> City   State   ZIP Code | XXXX- 7   0   2   1 | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other _____ | **2/28/23** | **$0.00** |

| Debtor | **Genesis Networks Telecom Services, LLC** | Case number (if known) | **24-50224** |
|---|---|---|---|
| | Name | | |

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

---

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Trailcrest Office, LLC** | **1354 N. Loop 1604 E. #103** | **furniture, fixtures and equipment on Exhibit "C" attached to lease (value undetermined)** | |
| Name | | | |
| **3834 Spicewood Springs Rd.  #202** | | | |
| Street | **San Antonio        TX    78232** | | |
| **Austin              TX    78759** | | | |
| City                State  ZIP Code | | | |

---

**Part 12:  Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

### 22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

| Debtor | **Genesis Networks Telecom Services, LLC** | Case number (if known) | **24-50224** |
|---|---|---|---|
| | Name | | |

**23.** Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

☑ No
☐ Yes. Provide details below.

**24.** Has the debtor notified any govermental unit of any release of hazardous material?

☑ No
☐ Yes. Provide details below.

## Part 13:  Details About the Debtor's Business or Connections to Any Business

**25.** Other businesses in which the debtor has or has had an interest

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

**26.** Books, records, and financial statements

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Dates of service | | | |
|---|---|---|---|---|---|
| 26a.1. | **Zachary Wiebe** | From | | To | **2022** |
| | Name | | | | |
| | **1354 N. Loop 1604 E. Suite 103** | | | | |
| | Street | | | | |
| | **San Antonio**    **TX**    **78232** | | | | |
| | City    State    ZIP Code | | | | |

| Name and address | | Dates of service | | | |
|---|---|---|---|---|---|
| 26a.2. | **Calvetti Ferguson** | From | **2020** | To | **2023** |
| | Name | | | | |
| | **250 W. Nottingham** | | | | |
| | Street | | | | |
| | **San Antonio**    **Tx**    **28209** | | | | |
| | City    State    ZIP Code | | | | |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Dates of service | | | |
|---|---|---|---|---|---|
| 26b.1. | **Calvetti Feguson** | From | **2020** | To | **2024** |
| | Name | | | | |
| | **250 W. Nottingham** | | | | |
| | Street | | | | |
| | **San Antonio**    **TX** | | | | |
| | City    State    ZIP Code | | | | |

Debtor   **Genesis Networks Telecom Services, LLC**                      Case number (if known)   **24-50224**
_____                                 _____
   Name

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

**Name and address**                                                **If any books of account and records are
                                                                    unavailable, explain why**

26c.1.   **Calvetti Ferguson**
         _____
         Name
         **250 W. Nottingham**
         _____
         Street
         _____

         **San Antonio**                    **TX**
         _____
         City                          State      ZIP Code

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a
       financial statement within 2 years before filing this case.

☑ None

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.

☐ Yes.  Give the details about the two most recent inventories.

**28.**  **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders,
         or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Genesis Networks Enterprises, L | 1354 N. Loop 1604 E, suite 103 San Antonio, TX 78232 | Managing Member | 100% |
| Tina Younts | 1354 N. Loop 1604E Suite 103 San Antonio, TX 78232 | Executive Assistant/consultant / Supplier/Diversity Manager | 0% |

**29.**  **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners,
         members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Zack Wiebe | 1352 N. Loop 1604 East, Suit 103 San Antonio, TX | CEO | From **2020** To **Nov. 2023** |

Debtor  **Genesis Networks Telecom Services, LLC**                Case number (if known)  **24-50224**
_____
Name

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

Name of the parent corporation                        Employer Identification number of the parent corporation
**Goodman Investment Holdings, LLC**                EIN:  8   5  –  3   7   7   3   4   4   2

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

### Part 14:  Signature and Declaration

**WARNING** –Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **03/15/2024**
_____
MM / DD / YYYY

X **/s/ Tina Younts**                        Printed name  **Tina Younts**
_____        _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  **Executive Assistant/SupplierDiversityM**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

**Fill in this information to identify the case:**

Debtor Name **Genesis Networks Telecom Services, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known): **24-50224**

☑ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1: Summary of Assets

1. **Schedule A/B: Assets—Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B............................................................................................................... | **$1.00**

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B............................................................................................................... | **$244,302.12**

   1c. **Total of all property**
   Copy line 92 from Schedule A/B............................................................................................................... | **$244,303.12**

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................... | **$0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F..................................................................... | **$0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................................. | **+ $105,018,748.41**

4. **Total liabilities**
   Lines 2 + 3a + 3b..................................................................................................................................... | **$105,018,748.41**


EXHIBIT
Δ-7

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **Genesis Networks Telecom Services, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | **24-50224** |

☑ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1**  Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | _____ | _____ |
| _____ | ☐ Contingent | | |
| _____ | ☐ Unliquidated | | |
| _____ | ☐ Disputed | | |
| _____ | Basis for the claim: | | |
| **Date or dates debt was incurred** | _____ | | |
| _____ | **Is the claim subject to offset?** | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | ☐ No  ☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(____ ) | | | |

| Debtor | **Genesis Networks Telecom Services, LLC** | Case number (if known) | **24-50224** |
|---|---|---|---|

| Part 2: | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims. If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                                            **Amount of claim**

**3.1**    Nonpriority creditor's name and mailing address

Arris Solutions, Inc.

c/o Amy Ruhland/DLA PIPER LLP

303 Colorado St. #3000

Austin            TX     78701

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Disputed business debt**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

**3.2**    Nonpriority creditor's name and mailing address

Arris Solutions, Inc.

3871 Lakefield Dr.#300

Suwanee        GA     30024

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Disputed business debt**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

**3.3**    Nonpriority creditor's name and mailing address

AT & TSvcs, Inc./Christin Jones

Kilpatrick,Twnsend &Stockton

2001 Ross Ave. #4400

Dallas, TX  7501

Date or dates debt was incurred    2020

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Arbitration Award**

Is the claim subject to offset?
☑ No
☐ Yes

**$12,000,000.00**

**3.4**    Nonpriority creditor's name and mailing address

Carl Obermiller, Stinson

1201 Walnut Street, Suite 2900

Kansas City       MO     64106

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$62,034.44**

| Debtor | **Genesis Networks Telecom Services, LLC** | Case number (if known) **24-50224** |
|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.5** Nonpriority creditor's name and mailing address

**Dist. Clerk #2021 CI 24147**

**101 W. Nueva #217**

San Antonio — TX — 78205

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Notice only**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **Unknown**

---

**3.6** Nonpriority creditor's name and mailing address

**FedEX Supply Chain Logistics&Elec.**

**1612 HUTTON DR STE 120**

Carrollton — TX — 75006-6675

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **disputed claim**

Date or dates debt was incurred **2021**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$80,000,000.00**

---

**3.7** Nonpriority creditor's name and mailing address

**Vedder Price/David Rownd**

**1633 Broadway 31st Floor**

**New York, N. Y. 10019**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **attorney fees**

Date or dates debt was incurred **various**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$0.00**

---

**3.8** Nonpriority creditor's name and mailing address

**Wistron Neweb Corporation**

**c/o Jacob Englander**

**747 3rd Ave. 16th Fl.**

New York — NY — 10017

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Judgment**

Date or dates debt was incurred **9/23**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$12,956,713.97**

**22 CIVIL 2538 Dist Ct. SDNY**

| Debtor | **Genesis Networks Telecom Services, LLC** | Case number (if known) **24-50224** |
|---|---|---|

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed In Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1** Aldo Rivera<br>c/o Ramin Younessi<br>3435 Wilshire Blvd. #220<br><br>Los Angeles        CA        90010 | Line _____<br>☑ Not listed.  Explain:<br>    **Disputed business debt** | __ __ __ __ |
| **4.2** Dist. Clerk #2024 CI 03321<br>101 W. Nueva #217<br><br>San Antonio        TX        78205 | Line _____<br>☑ Not listed.  Explain:<br>    **Notice only** | __ __ __ __ |
| **4.3** Dist. Clerk #DC 21-00837<br>600 Commerce St. #103<br><br>Dallas        TX        75202 | Line _____<br>☑ Not listed.  Explain:<br>    **Notice Only** | __ __ __ __ |
| **4.4** Dist. Cirk. #3:32CV 02397 S<br>1100 Commerce St. #1452<br><br>Dallas        TX        75243 | Line _____<br>☑ Not listed.  Explain:<br>    **Notice only** | __ __ __ __ |
| **4.5** FedEX Supply Chain Logistics&Elec.<br>c/o THE CORP TRUST CO<br>1209 ORANGE ST.<br><br>WILMINGTON        DE        19801 | Line _____<br>☑ Not listed.  Explain:<br>    **disputed claim** | __ __ __ __ |
| **4.6** FedEX Supply ChainLogst&Elec.<br>c/o SKeenanCarter/Butler Snow<br>6075 Poplar Ave #500<br><br>Memphis        TN        38119 | Line _____<br>☑ Not listed.  Explain:<br>    **disputed claim** | __ __ __ __ |

| Debtor | Genesis Networks Telecom Services, LLC | Case number (if known) | 24-50224 |
|---|---|---|---|

## Part 3:    Additional Page for Others to Be Notified About Unsecured Claims

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.7**  **GNET ATC, LLC**<br>c/o Theodore Geiger<br>85 Broad St. 18th Fl.<br>New York, N. Y. 10004 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.8**  **Goodman Networks, Inc.**<br>c/o David Parham<br>2001 Ross Ave. #3600<br>**Dallas**        **TX**      **75201** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.9**  **Goodman Networks, Inc.**<br>2801 Networks Blvd. #300<br>**Frisco, X  75034** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.10**  **Goodman Networks, LLC**<br>c/o Scott Seidel, Trustee<br>6505 W. Park Blvd. #306<br>**Plano**        **TX**      **75093** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.11**  **Insight Global, LLC**<br>1224 Hammond Drive. #1500<br>**Dunwoody**        **GA**      **30346** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.12**  **Matthias Kleinsasser**<br>Winstead, PC<br>300 Throckmorton St. #1700<br>**Ft. Worth**        **TX**      **76102** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.13**  **Network Investments, LLC**<br>3820 N. Louise Ave.<br>P. O. Box 5114<br>**Sioux Falls**        **SD**      **57117** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |

| Debtor | Genesis Networks Telecom Services, LLC | | Case number (if known) 24-50224 |
|---|---|---|---|

## Part 3: Additional Page for Others to Be Notified About Unsecured Claims

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.14** **Scott Seidel/Trustee Goodman Networks**<br>**c/o Michael Quilling**<br>**2001 Bryan St. #1800**<br><br>**Dallas**    **TX**    **75201** | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| **4.15** **Scott Seidel/Trustee Goodman Networks**<br>**6505 W. Park Blvd. #306**<br><br>**Plano**    **TX**    **75093** | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| **4.16** **Scott Seidel/Trustee Goodman Networks**<br>**c/o Davor Rukavina**<br>**500 N. Akard St. #3800**<br><br>**Dallas**    **TX**    **75201** | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| **4.17** **Sup. Ct. Clrk. 24STLC01622**<br>**312 N. Spring St.**<br><br>**Los Angeles**    **CA**    **90012** | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| **4.18** **U. S. Trustee**<br>**1100 Commerce St. Rm 976**<br><br>**Dallas**    **TX**    **75242** | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| **4.19** **U.S. Bankrtcy Clerk #22-31641**<br>**1100 Commerce St. #1254**<br><br>**Dallas**    **TX**    **75242** | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| **4.20** **U.S.Bankrtcy ClerkAdv.23-03035**<br>**1100 Commerce St. #1254**<br><br>**Dallas**    **TX**    **75242** | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |

| Debtor | Genesis Networks Telecom Services, LLC | | Case number (if known) | 24-50224 |

### Part 3: Additional Page for Others to Be Notified About Unsecured Claims

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.21** **Wistron Neweb Corporation**<br>**20 Park Avenue II, Hsinchu Science PK**<br>**Hsinchu 308, Taiwan** | Line _____<br>☑ Not listed. Explain:<br> **Judgment** | __ __ __ __ |
| **4.22** **Wistron Neweb Corporation**<br>**c/o Steve A. Chiscano**<br>**9601 McAllister Freeway #401**<br><br>**San Antonio      TX      78216** | Line _____<br>☑ Not listed. Explain:<br> **Judgment** | __ __ __ __ |

.

| Debtor | **Genesis Networks Telecom Services, LLC** | Case number (if known) | **24-50224** |
|---|---|---|---|

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. + | **$105,018,748.41** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$105,018,748.41** |

| Fill in this information to identify the case: |
|---|

| Debtor name | **Genesis Networks Telecom Services, LLC** |
|---|---|
| United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS** | |
| Case number (if known) | **24-50224** Chapter **7** |

☑ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | lease of 1354 N. Loop 1604 E. Suite 103, San Antonio, TX 78232 (along with funishings) Lease if $11568 plus CAM through 12/31/25 Contract to be REJECTED | **Trail Crest Office, LLC** |
|---|---|---|---|
| | | | **3834 Spicewood Springs Rd.#202** |
| | State the term remaining | 22 payment(s) | |
| | List the contract number of any government contract | | **Austin**      **TX**    **78759** |

**Fill in this information to identify the case and this filing:**

Debtor Name **Genesis Networks Telecom Services, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **24-50224**
(if known)

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets--Real and Personal Property (Official Form 206A/B)*

☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☑ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☑ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐ *Schedule H: Codebtors (Official Form 206H)*

☑ *A Summary of Assets and Liabilities for Non-Individuals (Official Form 206-Summary)*

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **03/15/2024**          X **/s/ Tina Younts**
　　　　　　　MM / DD / YYYY          Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　　　　**Tina Younts**
　　　　　　　　　　　　　　　　　Printed name

　　　　　　　　　　　　　　　　　**Executive Assistant/SupplierDiversityMgr**
　　　　　　　　　　　　　　　　　Position or relationship to debtor

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

IN RE:  **Genesis Networks Telecom Services, LLC**

CASE NO

*amended*  CHAPTER  **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  3-15-24

Signature

Tina Younts
Executive Assistant

Date _____

Signature _____

## ADDITIONAL CREDITORS

Aldo Rivera
c/o Ramin Younessi
3435 Wilshire Blvd. #220
Los Angeles, CA  90010

Dist. Clerk #2024 CI 03321
101 W. Nueva #217
San Antonio, TX  78205

Insight Global, LLC
1224 Hammond Drive. #1500
Dunwoody, GA 30346

Sup. Ct. Clrk. 24STLC01622
312 N. Spring St.
Los Angeles, CA  90012

Trail Crest Office, LLC
3834 Spicewood Springs Rd.#202
Austin, TX  78759

Wistron Neweb Corporation
c/o Jacob Englander
747 3rd Ave. 16th Fl.
New York, NY  10017

Wistron Neweb Corporation
c/o Steve A. Chiscano
9601 McAllister Freeway #401
San Antonio, TX     78216

Wistron Neweb Corporation
20 Park Avenue II,
Hsinchu Science PK
Hsinchu 308, Taiwan

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

IN RE:                                              §
                                                    §        NO. 24-50224
GENESIS NETWORKS TELECOM                            §
SERVICES, LLC                                       §
                                                    §        CHAPTER 7
       DEBTOR                                       §

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Amended Summary and
Schedule F were served by first class mail to each of the persons set forth below on
this 15th day of March, 2024:

Johnny Thomas, Trustee                    U.S. Trustee
1153 E. Commerce                          615 E. Houston St., Suite 533
San Antonio, Texas 78205                  San Antonio, Texas 78205

Genesis Networks Telecom Services, LLC
1354 N. Loop 1604 E, Suite 103
San Antonio, Texas 78232

A copy of the §341 Notice was also served by first class mail to each of the
persons set forth below on this 15th day of March, 2024.

Aldo Rivera
c/o Ramin Younessi
3435 Wilshire Blvd. #220
Los Angeles, CA 90010

Dist. Clerk #2024 CI 03321
101 W. Nueva #217
San Antonio, TX 78205

Insight Global, LLC
1224 Hammond Drive. #1500
Dunwoody, GA 30346

Sup. Ct. Clrk. 24STLC01622
312 N. Spring St.
Los Angeles, CA 90012

Trail Crest Office, LLC
3834 Spicewood Springs Rd.#202
Austin, TX 78759

Wistron Neweb Corporation
c/o Jacob Englander
747 3rd Ave. 16th Fl.
New York, NY  10017

Wistron Neweb Corporation
c/o Steve A. Chiscano
9601 McAllister Freeway #401
San Antonio, TX   78216

Wistron Neweb Corporation
20 Park Avenue II,
Hsinchu Science PK
Hsinchu 308, Taiwan

Respectfully submitted,

LAW OFFICES OF MARTIN SEIDLER
11107 Wurzbach Road, Suite 504
San Antonio, Texas 78230
Tel:   (210) 694-0300
Fax:  (210) 690-9886
Email: marty@seidlerlaw.com


By: ____s/_Martin Seidler_____
      MARTIN SEIDLER,  #18000800
      ATTORNEY FOR DEBTOR

2