***#81 Joint Motion to Transfer Case Out of Western District (Transferring To: Northern District of Texas - Dallas Division) filed by Shannon S. Thomas for Trustee Laurie Dahl Rea***

***#102 Emergency Motion to Continue Hearing filed by Randall A. Pulman for Creditor Austin Tele-Services Partners, LP.) (Related Document(s): 81 Joint Motion to Transfer Case Out of Western District (Transferring To: Northern District of Texas - Dallas Division) filed by Shannon S. Thomas for Trustee Laurie Dahl Rea.***

## EXHIBIT AND WITNESS LIST

AO 187 (REV. 4/82)

| Genesis Networks Telecom Services, Vs. 1) Laurie Rea 2) Endeavor Managed Service 3) FedEx Supply Chain 4) Austin Tele-Services 5) Arris Solutions 6) Scott Seidel | DISTRICT COURT Western (**SAN ANTONIO**) |
|---|---|

| PLAINTIFF'S ATTORNEY **Martin Seidler** | DEFENDANT'S ATTORNEY 1) **Shannon Thomas** 2) **Deborah Williamson** 3) **Cam Hillyer** 4) **Randall Pulman** 5) **Noah Schottenstein** 6) **Conor White** | DOCKET NUMBER **24-50224 P-11** TRIAL DATE(S) **November 5, 2024** |
|---|---|---|

| PRESIDING JUDGE **MICHAEL M. PARKER** | ELECTRONIC COURT RECORDING OPERATOR **Krystal Torres** | COURTROOM DEPUTY **DEANNA CASTLEBERRY** |
|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS * AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | **TRUSTEE'S EXHIBIT** |
| | Tr. 1 | 11/5/24 | XXXX | 11/5/24 | **Asset Purchase Agreement – Debtor and GNI** |
| | Tr. 2 | | | | **Bank Statement – GNI March 2020** |
| | Tr. 3 | | | | **Bank Statement – GNI November 2020** |
| | Tr. 4 | | | | **Bank Statement – GNI August 2021** |
| | Tr .5 | | | | **Bank Statement – GNI May 2020** |
| | | | | | |
| | | | | | |

FILED
NOV 05 2024
U.S. BANKRUPTCY COURT
BY_____ DEPUTY

# AUSTIN TELE-SERVICES PARTNERS, LP EXHIBIT

| | | | | |
|---|---|---|---|---|
| | 1 | 11/5/24 | XXXX | 11/5/24 | **Proof of Claim filed by Austin Tele-Services Partners, LP [Claim No. 8]** |
| | 2 | 11/5/24 | XXXX | 11/5/24 | **Bank Statements for Austin Tele- Services Partners, LP (January – May 2022)** |
| | 3 | 11/5/24 | XXXX | 11/5/24 | **Bank Statements for Genesis Networks Telecom Services, LLC (January – May 2022)** |
| | 4 | 11/5/24 | XXXX | 11/5/24 | **Asset Purchase Agreement between Genesis Networks Telecom Services, LLC and Endeavor Managed Systems, Inc. dated May 31, 2022** |
| | 5 | 11/5/24 | XXXX | 11/5/24 | **Genesis Networks Telecom Services, LLC Income Statements (2010 – 2023)** |
| | 6 | 11/5/24 | XXXX | 11/5/24 | **Genesis Networks Telecom Services, LLC Balance Sheets (2010 – 2023)** |
| | 7 | 11/5/24 | XXXX | 11/5/24 | **Proof of Claim filed by Scott M. Seidel, Trustee of Goodman Networks, Inc. [Claim No. 6]** |
| | 8 | 11/5/24 | XXXX | 11/5/24 | **Original Complaint - Seidel v. Genesis Networks Global Services, LLC and James Goodman [AP No. 24-03022, Bankr. N.D. Tex.]** |
| | 9 | 11/5/24 | XXXX | 11/5/24 | **Proof of Claim filed by FedEx Supply Chain Logistics & Electronics, Inc. [Claim No. 2]** |
| | 10 | 11/5/24 | XXXX | 11/5/24 | **Complaint – FedEx Supply Chain Logistics & Electronics, Inc. v. James Goodman and Genesis Networks Enterprises, LLC (Civil Action No. 2:22-cv-2684)** |

# DEBTOR'S EXHIBITS

| | | | | |
|---|---|---|---|---|
| 1 | | 11/5/24 | XXXX | 11/5/24 | **Genesis Networks Telecom Services, LLC – Certificate of Formation** |
| 2 | | 11/5/24 | XXXX | 11/5/24 | **Genesis Networks Telecom Services, LLC. – Franchise Tax Report** |
| 3 | | 11/5/24 | XXXX | 11/5/24 | **Genesis Networks Telecom Services, LLC. Certificate of Formation** |

| 4 | | 11/5/24 | XXXX | 11/5/24 | **Genesis Networks Telecom Services, LLC. – Tax Return** |
|---|---|---|---|---|---|
| 5 | | 11/5/24 | XXXX | 11/5/24 | **Debtor's Original Petition (ECF #1)** |
| 6 | | 11/5/24 | XXXX | 11/5/24 | **Debtor's Schedules (ECF #11)** |
| 7 | | 11/5/24 | XXXX | 11/5/24 | **Debtor's AMENDED Schedules (ECF #13)** |
| | | | | | |
| | W/1 | 11/5/24 | ------- | -------- | **LAURIE REA** |
| | | | | | |