| AO 435<br>(Rev. 10/23) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS<br>**TRANSCRIPT ORDER**<br>*Please Read Instructions:* | | FOR COURT USE ONLY<br>DUE DATE: | |
|---|---|---|---|---|
| 1. NAME<br>Shannon Thomas | | 2. PHONE NUMBER<br>(214) 580-2585 | 3. DATE<br>11/6/2024 | |
| 4. DELIVERY ADDRESS OR EMAIL<br>sthomas@romclaw.com; emoon@romclaw.com | | 5. CITY<br>Dallas | 6. STATE<br>Texas | 7. ZIP CODE<br>75202 |
| 8. CASE NUMBER<br>24-50224 | 9. JUDGE<br>Parker | DATES OF PROCEEDINGS | | |
| | | 10. FROM 11/5/2024 | 11. TO 11/5/2024 | |
| 12. CASE NAME<br>Genesis Networks Telecom Services LLC | | LOCATION OF PROCEEDINGS | | |
| | | 13. CITY San Antonio | 14. STATE Texas | |

15. ORDER FOR
☐ APPEAL  ☐ CRIMINAL  ☐ CRIMINAL JUSTICE ACT  ☒ BANKRUPTCY
☐ NON-APPEAL  ☐ CIVIL  ☐ IN FORMA PAUPERIS  ☐ OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☒ TESTIMONY (Specify Witness) | 11/5/2024 |
| ☒ OPENING STATEMENT (Plaintiff) | 11/5/2024 | All witnesses | |
| ☒ OPENING STATEMENT (Defendant) | 11/5/2024 | | |
| ☒ CLOSING ARGUMENT (Plaintiff) | 11/5/2024 | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☒ CLOSING ARGUMENT (Defendant) | 11/5/2024 | | |
| ☒ OPINION OF COURT | 11/5/2024 | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL<br>(Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| 30-Day | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☒ | ☐ | NO. OF COPIES | | |
| 7-Day | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| Next-Day | ☐ | ☐ | NO. OF COPIES | | |
| 2-Hour | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

FILED
NOV 07 2024
U.S. BANKRUPTCY COURT
BY _____ DEPUTY

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

| 18. SIGNATURE<br>/s/ Shannon S. Thomas | PROCESSED BY<br>Krystal Torres |
|---|---|
| 19. DATE<br>11/6/2024 | PHONE NUMBER<br>210-472-6720 |

TRANSCRIPT TO BE PREPARED BY
Exceptional Reporting

COURT ADDRESS
615 E Houston st. 597
San Antonio TX, 78205

| ORDER RECEIVED | DATE | BY | | |
|---|---|---|---|---|
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:  COURT COPY  TRANSCRIPTION COPY  ORDER RECEIPT  ORDER COPY